

FILED

JUN 18 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. A19CR 131 LY |
| v. | § |
| | § **INDICTMENT** |
| LUANN FABRIC CAMPOS LEAO HIDA, aka: "Luann Hida," "Luann Leao," and "LOTR," | § [Vio: 18 U.S.C. §§ 2251(a) & (e) – Sexual Exploitation of a Child / Production of Child Pornography (Counts 1-24); 18 U.S.C. §§ 2252A(a)(2) & (b)(1) – Distribution of Child Pornography (Counts 25-51); and, 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography (Count 52)] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-24</u>
**Sexual Exploitation of a Child / Production of Child Pornography**
**[18 U.S.C. §§ 2251(a) & (e)]**

On or about the dates listed below, in the Western District of Texas, the Defendant,

**LUANN FABRIC CAMPOS LEAO HIDA,**
aka: "Luann Hida," "Luann Leao," and "LOTR,"

did knowingly employ, use, persuade, induce, entice, and coerce, a minor, detailed below, then under the age of eighteen years and known to the Grand Jury, detailed below, to engage in sexually explicit conduct, namely as described below, for the purpose of producing one or more visual depictions of such sexually explicit conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and Apple iPhone, and said Defendant did know

and have reason to know that such visual depictions would be transported using any means and facility of interstate and foreign commerce:

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 1 | VICTIM 1 | 12 | 10/15/2014 | One or more videos depicting oral-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
|   | VICTIM 4 | 12 |   |   |
|   | VICTIM 14 | 15 |   |   |
| 2 | VICTIM 1 | 12 | 12/13/2014 | One or more videos depicting anal-genital and oral-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
|   | VICTIM 4 | 12 |   |   |
|   | VICTIM 14 | 15 |   |   |
| 3 | VICTIM 1 | 15 | 2/20/2017 | One or more videos depicting the lascivious exhibition of the genitals and pubic area. |
| 4 | VICTIM 1 | 15 | 7/29/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 5 | VICTIM 1 | 15 | 9/24/2017 | One or more videos depicting masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
| 6 | VICTIM 2 | 13 | 2/11/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 7 | VICTIM 2 | 14 | 2/23/2018 | One or more videos depicting anal-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
| 8 | VICTIM 3 | 13 | 6/22/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 9 | VICTIM 5 | 14 | 7/23/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 10 | VICTIM 6 | 14 | 5/23/2018 | One or more videos depicting oral-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
| 11 | VICTIM 7 | 13 | 1/27/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 12 | VICTIM 7 | 13 | 2/18/2018 | One or more videos depicting anal-genital and oral-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |
| 13 | VICTIM 7 | 13 | 5/31/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 14 | VICTIM 8 | 14 | 4/19/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 15 | VICTIM 9 | 14 | 6/10/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 16 | VICTIM 10 | 13 | 4/29/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 17 | VICTIM 11 | 15 | 12/23/2016 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 18 | VICTIM 11 | 15 | 2/26/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 19 | VICTIM 12 | 14 | 6/13/2018 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 20 | VICTIM 13 | 15 | 1/31/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 21 | VICTIM 13 | 15 | 5/1/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 22 | VICTIM 13 | 15 | 6/13/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 23 | VICTIM 13 | 15 | 7/14/2017 | One or more videos depicting masturbation and lascivious exhibition of the anus, genitals, and pubic area. |
| 24 | VICTIM 15 | 12 | 4/19/2018 | Video depicting lascivious exhibition of the anus, genitals, and pubic area. |

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNTS 25-51
**Distribution of Child Pornography**
**[18 U.S.C. §§ 2252A(a)(2) & (b)(1)]**

On or about the dates listed below, in the Western District of Texas, the Defendant,

**LUANN FABRIC CAMPOS LEAO HIDA,**
**aka: "Luann Hida," "Luann Leao," and "LOTR,"**

did unlawfully and knowingly distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and

affecting interstate and foreign commerce by any means, including by computer; and that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and Apple iPhone, namely, one or more data files distributed via the Internet that contained one or more images and videos depicting a minor engaging in sexually explicit conduct, to wit: anal-genital sexual intercourse, masturbation, and the lascivious exhibition of the genitals, anus, and pubic area of a person.

In particular, Defendant HIDA distributed one or more images of child pornography, described below via the WhatsApp messaging application from Defendant HIDA's WhatsApp account associated with User Name: Lao**** and User ID: *******3296@whatsapp.net, to the WhatsApp accounts identified below. The full WhatsApp account identifiers are known to the Grand Jury.

| COUNT | VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
|---|---|---|---|---|---|
| 25 | VICTIM 1 | 259ddbbe....mp4 | 02/20/2017 | *********4724@whatsapp.net | Video depicting the lascivious exhibition of the genitals and pubic area of a minor male. |
| 26 | VICTIM 1 | fae761d3....mp4 | 07/29/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 27 | VICTIM 2 | 98898c2c....mp4 | 02/23/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |

| COUNT | VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
|---|---|---|---|---|---|
| 28 | VICTIM 2 | c86d0008....mp4 | 02/23/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 29 | VICTIM 2 | 448f5d86....mp4 | 02/24/2018 | *********7381@whatsapp.net | Video depicting anal-genital sexual intercourse and the lascivious exhibition of the anus area of a male minor. |
| 30 | VICTIM 2 | 60577e6b....mp4 | 02/24/2018 | *********7381@whatsapp.net | Video depicting the lascivious exhibition of the anus area of a minor male. |
| 31 | VICTIM 2 | 91a3dfef....mp4 | 02/24/2018 | *********7381@whatsapp.net | Video depicting the lascivious exhibition of the anus area of a minor male. |
| 32 | VICTIM 2 | dde0737a....mp4 | 02/24/2018 | *********7381@whatsapp.net | Video depicting the lascivious exhibition of the anus area of a minor male. |
| 33 | VICTIM 3 | 2b6db45e....mp4 | 06/22/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals, anus, and pubic area of a minor male. |
| 34 | VICTIM 3 | a58fdeb4....mp4 | 06/22/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals, anus, and pubic area of a minor male. |

| COUNT | VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
|---|---|---|---|---|---|
| 35 | VICTIM 5 | 0a3a18e0….mp4 | 07/23/2018 | *********0855@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 36 | VICTIM 5 | 3d109e12….mp4 | 07/28/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 37 | VICTIM 6 | 5288a05a….mp4 | 5/23/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 38 | VICTIM 7 | 5ca10a4….mp4 | 01/27/2018 | *********7381@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 39 | VICTIM 7 | 458b3558….mp4 | 05/31/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 40 | VICTIM 7 | bf2c01e0….mp4 | 05/31/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 41 | VICTIM 9 | 90cca89f….mp4 | 6/10/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |

| COUNT | VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
|---|---|---|---|---|---|
| 42 | VICTIM 9 | d0e637af….mp4 | 6/10/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 43 | VICTIM 11 | 3f6f1cbe….mp4 | 02/26/2017 | *********4724@whatsapp.net | Video depicting the lascivious exhibition of the anus area of a minor male. |
| 44 | VICTIM 11 | 67291a80….mp4 | 02/26/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 45 | VICTIM 11 | ec1cd91e….mp4 | 02/26/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 46 | VICTIM 13 | 7781be00….mp4 | 01/31/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 47 | VICTIM 13 | c0ea1c7e….mp4 | 01/31/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 48 | VICTIM 13 | 490fed25….mp4 | 05/01/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |

| COUNT | VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
|---|---|---|---|---|---|
| 49 | VICTIM 13 | 21defc70e8c3….mp4 | 06/13/2017 | *********4724@whatsapp.net | Video depicting the lascivious exhibition of the genitals of a minor male. |
| 50 | VICTIM 13 | 209fef8a….mp4 | 07/14/2017 | *********4724@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |
| 51 | VICTIM 15 | 76d89700….mp4 | 04/19/2018 | *********1488@whatsapp.net | Video depicting masturbation and the lascivious exhibition of the genitals of a minor male. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 52
### Possession of Child Pornography
### [18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)]

On or about August 7, 2018, in the Western District of Texas, the Defendant,

**LUANN FABRIC CAMPOS LEAO HIDA,**
aka: "Luann Hida," "Luann Leao," and "LOTR,"

did knowingly possess material, namely, one Apple iPhone, which contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

The child pornography consisted of one or more visual depictions of sexually explicit conduct, to wit: anal-genital and oral-genital sexual intercourse; masturbation; and the lascivious exhibition of the genitals, anus, and pubic area of a person. The production of each visual depiction involved the use of a minor engaging in sexually explicit conduct. The visual

depictions included, but were not limited to, one or more of the images and videos of child pornography described above in Counts 1-51, which are herein incorporated by reference as if stated in full.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

JOHN F. BASH
United States Attorney

By: _____
KEITH M. HENNEKE
Assistant United States Attorney

By: _____ for
G. KARTHIK SRINIVASAN
Assistant United States Attorney