FILED
AUG 2 6 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. 1:19-CR-131-LY |
| | § | |
| v. | § | **SECOND** |
| | § | **SUPERSEDING INFORMATION** |
| | § | |
| LUANN FABRIC CAMPOS LEAO HIDA, | § | |
| aka: "Luann Hida," "Luann Leao," and | § | [Vio: 18 U.S.C. §§ 2251(a) & (e) – Sexual |
| "LOTR," | § | Exploitation of a Child / Production of Child |
| | § | Pornography (Counts 1-2); and, |
| Defendant. | § | 18 U.S.C. §§ 2252A(a)(2)9A) & (b)(1)– |
| | § | Distribution of Child Pornography (Count 3)] |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNTS 1-2</u>
**Sexual Exploitation of a Child / Production of Child Pornography**
**[18 U.S.C. §§ 2251(a) & (e)]**

On or about the dates listed below, in the Western District of Texas, the Defendant,

**LUANN FABRIC CAMPOS LEAO HIDA,**
aka: "Luann Hida," "Luann Leao," and "LOTR,"

did knowingly employ, use, persuade, induce, entice, and coerce, a minor, detailed below, then under the age of eighteen years and known to the Grand Jury, detailed below, to engage in sexually explicit conduct, namely as described below, for the purpose of producing one or more visual depictions of such sexually explicit conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and Apple iPhone, and said Defendant did know and have reason to know that such visual depictions would be transported using any means and

facility of interstate and foreign commerce:

| COUNT | VICTIM | AGE AT PRODUCTION | DATE OF PRODUCTION | DESCRIPTION OF VISUAL DEPICTION(S) |
|---|---|---|---|---|
| 1 | VICTIM 1 | 15 | 7/29/2017 ~~2/20/2017~~ GKS | Videos depicting sexual intercourse, masturbation, and/or lascivious exhibition of the anus, genitals, and/or pubic area.. |
| 2 | VICTIM 2 | 14 | 2/23/2018-2/24/2018 | One or more videos depicting anal-genital sexual intercourse, masturbation, and lascivious exhibition of the anus, genitals, and pubic area. |

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
**Distribution of Child Pornography**
**[18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1)]**

On or about February 20, 2017, in the Western District of Texas, the Defendant,

**LUANN FABRIC CAMPOS LEAO HIDA,**
aka: "Luann Hida," "Luann Leao," and "LOTR,"

did unlawfully and knowingly distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and Apple iPhone, namely, one or more data files distributed via the Internet that

contained one or more images and videos depicting a minor engaging in sexually explicit conduct, to wit: lascivious exhibition of the genitals and pubic area of a minor male.

In particular, Defendant HIDA distributed one or more images of child pornography described below via the WhatsApp messaging application from Defendant HIDA's WhatsApp account associated with User name Lao**** and User ID: *******3296@whatsapp.net, to the WhatsApp accounts identified below. The full WhatsApp account identifiers are known the Government.

| VICTIM | PARTIAL FILE NAME | DATE(S) OF DISTRIBUTION | RECIPIENT ACCOUNT(S) | DESCRIPTION |
| --- | --- | --- | --- | --- |
| VICTIM 1 | 259ddbbe....mp4 | 02/20/2017 | *********4724@whatsapp.net | Video depicting the lascivious exhibition of the genitals and pubic area of a minor male. |

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).


Ashley C. Hoff
United States Attorney


By: /s/ G. Karthik Srinivasan
G. KARTHIK SRINIVASAN
KEITH M. HENNEKE
Assistant United States Attorneys