**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) AU:19-CR-00131(1)-LY |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) AUSTIN, TEXAS |
| | ) |
| LUANN FABRIC CAMPOS LEAO HIDA, | ) |
| | ) |
|   Defendant. | ) DECEMBER 3, 2021 |

```
************************************************
        TRANSCRIPT OF SENTENCING HEARING
        BEFORE THE HONORABLE LEE YEAKEL
************************************************
```

APPEARANCES:

FOR THE PLAINTIFF:   G. KARTHIK SRINIVASAN
                          KEITH HENNEKE
                          UNITED STATES ATTORNEY'S OFFICE
                          903 SAN JACINTO BOULEVARD, SUITE 334
                          AUSTIN, TEXAS 78701

FOR THE DEFENDANT:   JOSE I. GONZALEZ-FALLA
                          CHARLOTTE ANNE HERRING
                          FEDERAL PUBLIC DEFENDER'S OFFICE
                          504 LAVACA STREET, SUITE 960
                          AUSTIN, TEXAS 78701

COURT REPORTER:     ARLINDA RODRIGUEZ, CSR
                          501 WEST 5TH STREET, SUITE 4152
                          AUSTIN, TEXAS 78701
                          (512) 391-8791

Proceedings recorded by computerized stenography, transcript produced by computer.

09:29:54   1     (Open court, defendant present)

09:29:54   2         THE COURT: We're here this morning for sentencing in

09:29:56   3  Cause Number 19-CR-131, *United States v. Luann Fabric Campos*

09:30:06   4  *Leao Hida*.

09:30:07   5         Let me take announcements as to who is here,

09:30:09   6  beginning with the government, please.

09:30:11   7         MR. SRINIVASAN: Good morning Your Honor.

09:30:13   8  Karthik Srinivasan for the government. I'm joined by my

09:30:15   9  co-counsel Keith Henneke, members of state and federal law

09:30:18  10  enforcement, as well as the families and victims in this case

09:30:21  11  in the back.

09:30:22  12         THE COURT: All right. And for the defendant?

09:30:23  13         MR. GONZALEZ-FALLA: Your Honor, Jose Gonzalez-Falla

09:30:25  14  for Mr. Hida. And Charley Herring is here alongside.

09:30:30  15         THE COURT: All right. And the court notes that the

09:30:36  16  defendant is present here in the courtroom also.

09:30:38  17         So would the defendant please state his name.

09:30:46  18         THE DEFENDANT: My name is Luann Leao Hida.

09:30:52  19         THE COURT: Mr. Hida, you have pleaded guilty to

09:30:54  20  Counts One, Two and Three of a second superseding information,

09:31:04  21  Counts One and Two charging you with sexual exploitation of a

09:31:08  22  child and production of child pornography, both felonies, and

09:31:13  23  Count Three, charging you with distribution of child

09:31:18  24  pornography, a felony; is that correct?

09:31:20  25         THE DEFENDANT: Yes, Your Honor.

09:31:23 1          THE COURT:  You pleaded guilty before United States

09:31:25 2  Magistrate Judge Mark Lane on August the 26th, 2021.  Do you

09:31:32 3  remember that?

09:31:32 4          THE DEFENDANT:  Yes, Your Honor.

09:31:34 5          THE COURT:  Is it your intention to continue with

09:31:35 6  your plea of guilty at this time?

09:31:37 7          THE DEFENDANT:  Yes, Your Honor.

09:31:40 8          THE COURT:  Is there a plea agreement in this case?

09:31:42 9          MR. GONZALEZ-FALLA:  There is, Your Honor.

09:31:43 10         THE COURT:  Mr. Hida, do you reaffirm the statements

09:31:45 11 that you made in your plea agreement as well as the statements

09:31:48 12 that were made in the factual basis that was presented to

09:31:51 13 Judge Lane at the time you made your plea of guilty?

09:31:54 14         THE DEFENDANT:  Yes, Your Honor.

09:31:55 15         THE COURT:  Then the court accepts and adopts the

09:31:58 16 report and recommendation of the magistrate judge, accepts your

09:32:02 17 plea of guilty and finds you guilty of the offense to which you

09:32:06 18 have pleaded guilty.

09:32:07 19         Have you had sufficient time to review with your

09:32:11 20 lawyer the presentence investigation report prepared by the

09:32:15 21 probation department in this case?

09:32:17 22         THE DEFENDANT:  Yes, Your Honor.

09:32:19 23         THE COURT:  Do you understand that under the

09:32:21 24 guidelines established by the United States Sentencing

09:32:23 25 Commission, which are advisory to this court, the probation

09:32:27  1  department has computed your total offense level as 41 and your

09:32:34  2  criminal history category as one, meaning that if this court

09:32:38  3  were to determine that a guideline sentence was appropriate in

09:32:41  4  this case, I could sentence you to 405 months imprisonment in

09:32:50  5  the Bureau of Prisons, a term of supervised release for the

09:32:54  6  remainder of your life, a fine of $500,000 restitution in an

09:33:03  7  amount to be set by the court, which we will discuss, but right

09:33:08  8  now we have outstanding restitution requests of $360,663.69,

09:33:17  9  and a special assessment of $100 per count of conviction for a

09:33:23  10  total special assessment of $300?

09:33:29  11          THE DEFENDANT:  Yes, Your Honor.

09:33:30  12          THE COURT:  Do you also understand -- well, just a

09:33:37  13  minute.

09:33:37  14          Do you also understand that you could also be subject

09:33:42  15  to another special assessment of $17,000 per count of

09:34:01  16  conviction under the AVAA, the Amy, Vicky, and Andy Pornography

09:34:11  17  Victim Assistance?  You could be subjected to $17,000 per count

09:34:15  18  of conviction under that act.  Do you understand that?

09:34:17  19          THE DEFENDANT:  I believe I remember Judge Lane

09:34:21  20  mentioned that these were not applicable because they happened

09:34:24  21  before that law was enacted or something along those lines.  I

09:34:28  22  think my lawyer may remember this.

09:34:30  23          THE COURT:  All right.  Do you also understand that,

09:34:34  24  under the statute under which you have been convicted, I could

09:34:37  25  sentence you to 30 years confinement in the Bureau of Prisons

| | | |
|---|---|---|
| 09:34:42 | 1 | on each of Counts One and Two and 20 years confinement in the |
| 09:34:50 | 2 | Bureau of Prisons on Count Three, a term of supervised release |
| 09:34:56 | 3 | of the remainder of your life, a fine of $250,000 per count of |
| 09:35:04 | 4 | conviction, mandatory restitution as I have discussed above, |
| 09:35:10 | 5 | and a special assessment of $100 per count of conviction, for a |
| 09:35:16 | 6 | total special assessment of $300, and a further special |
| 09:35:28 | 7 | assessment under Title 18 of the United States Code, Section |
| 09:35:33 | 8 | 3014, of $5,000 per count of conviction, for a total additional |
| 09:35:38 | 9 | special assessment of $15,000? |
| 09:35:43 | 10 | THE DEFENDANT:  Yes, Your Honor. |
| 09:35:45 | 11 | THE COURT:  Does the government have objection to the |
| 09:35:46 | 12 | presentence investigation report? |
| 09:35:48 | 13 | MR. SRINIVASAN:  No, Your Honor.  But, just to |
| 09:35:51 | 14 | clarify, I think a discussion that the court had -- and |
| 09:35:54 | 15 | Mr. Gonzalez-Falla might weigh in on this, too -- I'm not sure |
| 09:35:58 | 16 | where the $17,000 figure comes in.  I think that Section 3013 |
| 09:36:01 | 17 | does provide for $5,000 per count if the defendant is not |
| 09:36:05 | 18 | indigent.  But I don't think that the provisions of the AVAA |
| 09:36:09 | 19 | apply because these crimes happened earlier in 2018, and that |
| 09:36:12 | 20 | statute was not enacted until later in 2018.  So I'm not sure |
| 09:36:16 | 21 | where the $17,000 comes in. |
| 09:36:18 | 22 | THE COURT:  That's what we'll take up as we go |
| 09:36:21 | 23 | forward.  It's something that was presented to me by the |
| 09:36:25 | 24 | probation department, and I wanted to make sure everybody was |
| 09:36:27 | 25 | aware of that as something that we needed to take up here |

09:36:30  1  today.

09:36:31  2          MR. SRINIVASAN:  Yes, sir.  But no objection to the

09:36:32  3  PSR.

09:36:33  4          THE COURT:  Does the defendant have objection to the

09:36:34  5  presentence investigation report?

09:36:35  6          MR. GONZALEZ-FALLA:  No, Your Honor, we don't.  But I

09:36:37  7  did inform the probation office that the year was incorrect on

09:36:41  8  his release status.  It should be 2019 instead of 2021, which

09:36:46  9  is when he came into federal custody on the writ from Hays

09:36:49 10  County.  They are making the corrections, Your Honor.

09:36:51 11          THE COURT:  Is that correct?

09:36:53 12          PROBATION OFFICER:  That is correct, Your Honor.

09:36:54 13          THE COURT:  All right.  That correction will be made

09:36:56 14  to the presentence investigation report.

09:36:58 15          So, Mr. Gonzalez-Falla, any objections to the

09:37:00 16  presentence investigation report?

09:37:00 17          MR. GONZALEZ-FALLA:  No, Your Honor.  There are no

09:37:01 18  objections to it.

09:37:02 19          THE COURT:  Do you know of any legal reason why the

09:37:04 20  court should not proceed with sentencing at this time?

09:37:06 21          MR. GONZALEZ-FALLA:  No, Your Honor.

09:37:07 22          THE COURT:  Mr. Srinivasan, does the government know

09:37:10 23  of any legal reason why the court should not proceed with

09:37:13 24  sentencing at this time?

09:37:14 25          MR. SRINIVASAN:  No, Your Honor.

| | | |
|---|---|---|
| 09:37:15 | 1 | THE COURT:  Mr. Gonzalez, Mr. Hida, if either or both |
| 09:37:19 | 2 | of you have anything you would like to say to the court before |
| 09:37:22 | 3 | the court pronounces sentence, I will hear from you at this |
| 09:37:26 | 4 | time, and I will take whatever you have to say into account in |
| 09:37:30 | 5 | determining the appropriate sentence to impose in this case. |
| 09:37:37 | 6 | MR. GONZALEZ-FALLA:  Yes, Your Honor.  Thank you. |
| 09:37:41 | 7 | Your Honor, this is a very difficult, sensitive, and |
| 09:37:45 | 8 | painful case.  I recognize that.  The remarks that I'm making |
| 09:37:51 | 9 | to the Court are very mindful of the families that have been |
| 09:37:56 | 10 | impacted by Luann's crimes.  And what I tell the Court today, I |
| 09:38:03 | 11 | do not intend to minimize, to excuse, or in any way justify |
| 09:38:09 | 12 | what Luann did, and I'm not seeking to blame anybody else for |
| 09:38:15 | 13 | what he did. |
| 09:38:19 | 14 | My remarks seek to provide a balanced perspective and |
| 09:38:25 | 15 | to amplify what I've already laid out in the sentencing |
| 09:38:28 | 16 | memorandum that I filed under seal.  I want the Court to get a |
| 09:38:32 | 17 | complete picture.  I want the Court to understand the causes |
| 09:38:37 | 18 | and conditions that allowed for these crimes to occur and that |
| 09:38:42 | 19 | allowed for them to continue.  That is my duty.  I note the |
| 09:38:48 | 20 | Court recognizes that that is my duty and that that is what the |
| 09:38:52 | 21 | Court expects me to do for my client, to help the Court |
| 09:38:54 | 22 | understand what happened. |
| 09:38:57 | 23 | Crimes against children are the most painful crimes. |
| 09:39:02 | 24 | They're the most painful crimes to experience for the children |
| 09:39:04 | 25 | themselves, the most painful crimes to witness, and in a way |

I've witnessed these crimes myself because I have seen all the images, I've seen all the videos, and I've heard all of the audios. These crimes pierce at our heart and they shatter our core. They cause extreme pain and discomfort, and they provoke an equally extreme response.

So how does one reach a just outcome? It requires reason. One must be rational. One cannot allow passions to rule. There has to be reason, compassion, and understanding. The sentence must be balanced and proportionate and measured. We all deserve compassion; we all deserve understanding. This is what elevates us above our most base nature. These are the qualities that bring us closer to each other as we treat each other as we would want to be treated.

Everyone deserves this treatment. The victims deserve this treatment; their families deserve this treatment. They deserve love; they deserve to be understood and heard. All of us merit this kind of consideration because we're human beings. This is the way that we've been taught to treat each other, and this is the way even someone who has done what Luann did deserves to be treated.

Our lives vary widely, but we all share in having to experience pain and suffering and trauma. But how we experience that is different. It's unique. Now, trauma is not an excuse for sex-offending behavior, but trauma does lead to maladaptive adult behavior, such as the sexual abuse that is

09:41:22  1  now before the Court.

09:41:26  2        Those who are sexually abused as a child are at

09:41:30  3  significant risk of becoming abusers themselves.  Studies show

09:41:35  4  this; experience teaches us this.  You yourself have seen these

09:41:41  5  cases.  And in 30 years that I've been practicing as a federal

09:41:44  6  public defender, it is the most common thing that I have seen,

09:41:48  7  how someone who has been traumatized as a child later repeats

09:41:52  8  the trauma.  It's an awful cycle.  If left untreated, the

09:41:58  9  confusion will lead to distorted thinking, and maladaptive

09:42:02  10  adult behavior and sexual abuse.

09:42:08  11        Luann was sexually abused as a child.  This

09:42:12  12  experience was beyond his capacity to understand.  The

09:42:17  13  experience was profound and transformative.  And Luann didn't

09:42:26  14  understand at the time how wrong that behavior was or that

09:42:28  15  experience, how corrupting it was, because he didn't understand

09:42:32  16  that he himself was being exploited.

09:42:36  17        Now, Luann came to the United States when he was

09:42:39  18  14 years old.  He was already at that time sexually active with

09:42:42  19  boys that were his age, and he believed that you could consent

09:42:48  20  to that kind of sex.  He didn't perceive sex as being traumatic

09:42:55  21  or harmful as long as there was consent among the two parties.

09:42:59  22  And this is the way he thought, and he was going to continue

09:43:04  23  thinking that way unless there was some kind of intervention.

09:43:08  24  And there wasn't any intervention even though there were

09:43:11  25  warnings.

09:43:14 1      The first warning came when he was 17 as a junior in

09:43:17 2 high school.  A search warrant was executed at his home in

09:43:21 3 Harker Heights.  That search warrant produced clear evidence of

09:43:26 4 child pornography that showed boys.  Luann was questioned at

09:43:34 5 the time, and he admitted that he was guilty of sharing this

09:43:38 6 child pornography.  He admitted that he was sexually interested

09:43:42 7 in boys.  That's a serious crime.

09:43:46 8      I've been in this court for many years, and I've seen

09:43:49 9 many people go to prison for that crime for substantial lengths

09:43:54 10 of time for just possessing child pornography, for sharing

09:43:59 11 child pornography.  But in 2011 that experience delivered no

09:44:05 12 consequences.  There were four to five therapy sessions that

09:44:09 13 Luann experienced.  That was all his mother could afford.

09:44:14 14      The State didn't intervene.  There were no federal

09:44:18 15 charges filed, apparently, because he was only 17 at the time.

09:44:21 16 The State didn't take the case over.  There was no intervention

09:44:24 17 at all.  There was no intervention where he would have to get

09:44:31 18 sex offender treatment or he would have to confront the way

09:44:34 19 that he was thinking or he would have to deal with this notion

09:44:41 20 that this was okay.

09:44:45 21      And Leda, his mother, didn't even appreciate how

09:44:50 22 serious this was.  In fact, at the time she had formed a new

09:44:53 23 relationship with his current stepfather, Tim, and she had

09:44:57 24 moved 70 miles away and had left Luann alone to finish his high

09:45:03 25 school years, his senior year, at Harker Heights.

And then in 2014, when the events that are captured in this indictment began, there was another incident where text messages or Skype messages between Luann, and I think it's Victim Number 14, appeared. And they were concerning, and they showed some pretty clear indications that this behavior of having sex with boys was taking place. And Victim Number 14 denied it and even proposed that the texting was kind of an effort to blackmail Luann. No intervention happened, and there was no consequence.

As a predator, Luann is a bit of a pathetic predator, not to say that the impact of what he did isn't serious. But when you look at Luann, he was not this powerful figure. He wasn't an authority figure. He wasn't someone who occupied a position of trust in their lives. He was relatively young compared to the victims. He wasn't a generation older. I think usually he was about eight years older. He wasn't wealthy. He didn't intimidate or frighten or threaten any of the boys that were involved in these crimes. He didn't really see himself as being that different. Certainly he was older.

And the boys did not see themselves as powerless to resist what was happening. In the forensic interviews, I point out that one of the boys referred to him as "their bitch." One boy spoke about how they could hit Luann and how he wouldn't react. They even made fun of him. They used Luann in a way, in their own way, and Luann used them.

09:47:00  1    But what Luann did, even though the boys were

09:47:06  2  incapable of agreeing to it, agreed to it.  He never forced

09:47:12  3  himself on anyone.  He drove them where they wanted to be

09:47:16  4  driven, to a theater, to Whataburger, convenience stores.  If

09:47:23  5  they -- he never disobeyed or went against their directions.

09:47:28  6  And this is certainly captured on all of the audiotapes where

09:47:32  7  he documented a lot of the contact with the boys.

09:47:37  8    In essence, he treated them as he would have treated

09:47:39  9  himself.  He always asked the boys if they were okay, if they

09:47:43  10 were sure that they wanted to do what they were going to do, if

09:47:46  11 they were going to be okay later.  He never extorted the boys,

09:47:50  12 and that's something that you see in these cases.  But he

09:47:55  13 himself was extorted.  One of the audios reveals a boy

09:48:01  14 demanding $500 from him or he would go to the police.

09:48:07  15    But no meant no to Luann, and if anybody said no, he

09:48:13  16 would stop.  If anybody said they weren't comfortable doing

09:48:18  17 this, it wouldn't happen.  Now, that's not, again, to justify

09:48:22  18 anything that occurred.  But these consents and the recording

09:48:25  19 of the consents show how much his distorted beliefs enabled

09:48:30  20 these crimes and how he failed to appreciate the seriousness of

09:48:33  21 the wrongdoing.  And that's all changed.  That's all changed

09:48:41  22 because of the serious consequences that he faces today.

09:48:51  23    I want the Court to consider that he pled guilty.  He

09:48:57  24 did not have a trial.  He didn't demand proof.  He did not

09:49:00  25 require the boys to come to court to testify, to re-experience

09:49:02  1  or re-traumatize.  He didn't require that their images be shown

09:49:08  2  at trial, to show what happened.  He's 27 years old.  He's

09:49:14  3  spent the last three years in jail during the pandemic, a

09:49:16  4  particularly difficult time.  He himself caught COVID.

09:49:23  5          Several indictments remain pending in Travis and Hays

09:49:26  6  County, charges that are serious.  They are the most serious

09:49:27  7  charges in the state system, sexual abuse of children, and

09:49:28  8  there's no reason to believe that those charges are going to go

09:49:32  9  away.  Those charges and that crime -- those crimes will be

09:49:38  10 addressed in state court.

09:49:50  11          Twenty-seven years.  Twenty-seven years is what I'm

09:49:52  12 asking for the Court to impose in this case.  That's a serious

09:49:55  13 sentence for a serious crime.  It falls within the guideline

09:49:57  14 range that we agreed to and that we negotiated for as part of

09:50:01  15 this plea agreement.

09:50:02  16          Now, we recognize that that guideline range is an

09:50:04  17 advisory guideline range, but it provides a benchmark, a

09:50:08  18 measure, of what's reasonable.  Eighty-five percent of those 27

09:50:13  19 years would have to be served under the best-case scenario.

09:50:18  20          Luann will receive sex offender treatment and therapy

09:50:22  21 that will address the serious mental issues that he possesses

09:50:24  22 that the Court has seen in the psychiatric evaluation that I

09:50:27  23 obtained for the Court to review.  And that sex offender

09:50:30  24 treatment is going to address these distortions and this way of

09:50:35  25 thinking that is so persistent and damaging.

09:50:44   1          And that sentence of 27 years is not an outlier

09:50:47   2   sentence when you look at cases involving production of child

09:50:48   3   pornography.  In fact, that sentence is four years greater than

09:50:51   4   the average sentence length for child pornography production

09:50:54   5   offenses across the country.

09:50:55   6          And Luann is going to be deported to Brazil upon

09:50:58   7   completion of the sentence, and the Bureau of Prisons has civil

09:51:01   8   commitment procedures where they could detain him or hold him

09:51:05   9   for the rest of his life if he presents a danger to the public

09:51:09  10   as a predator.  So he's not going to get out of prison if he

09:51:14  11   presents a danger to the public.

09:51:21  12          Now, I know the government is recommending the

09:51:23  13   maximum sentence, 80 years.  And I suggest to the Court that

09:51:31  14   that recommendation is based on emotion, not reason.  This is

09:51:33  15   not the worst case to warrant the worst sentence.  And I

09:51:36  16   recognize and I have read the victim impact statements that

09:51:40  17   have been sent by the families that have been affected by these

09:51:43  18   crimes, and I share in their pain.

09:51:52  19          This case did not involve infants, it did not involve

09:51:56  20   toddlers or preadolescent children.  And, importantly, Luann

09:52:01  21   does not suffer from pedophilic disorder, a pervasive sexual

09:52:06  22   interest in preadolescent children, and that's important.  He

09:52:10  23   also doesn't suffer from any social personality disorder.  And

09:52:12  24   that's also important because, if those were present, then the

09:52:16  25   chances of him benefiting from the treatment would be much

09:52:22  1    less.

09:52:24  2            The letters of support from his friends, from his

09:52:27  3    family, and from people that worked with him, who care for him,

09:52:30  4    show that he is cared for, he is loved.

09:52:38  5            A sentence of 80 years would be virtually a life

09:52:41  6    sentence for him, and it's not necessary, it's not reasonable.

09:52:45  7    Twenty-seven years is enough.

09:52:53  8            THE COURT:  Mr. Hida, do you have anything you would

09:52:56  9    personally like to say to the court before the court assesses

09:52:58  10   sentence?

09:52:59  11           THE DEFENDANT:  Your Honor, I'm freezing here.  I'm

09:53:05  12   not feeling very good.  Can I -- I would respectfully like to

09:53:10  13   ask to be the last person to make a statement so I could

09:53:16  14   properly respond to any statements.  Is that possible,

09:53:23  15   Your Honor?

09:53:23  16           THE COURT:  Yes.  You will be given another chance to

09:53:25  17   speak.  All right.  So you do not wish to speak at this time,

09:53:30  18   but I will give you a later chance to speak.

09:53:32  19           THE DEFENDANT:  Thank you, Your Honor.

09:53:33  20           THE COURT:  Does the government have anything before

09:53:35  21   sentence is pronounced?

09:53:37  22           MR. SRINIVASAN:  Yes, Your Honor.  Thank you.

09:53:39  23           This Court should impose the statutory maximum

09:53:45  24   sentence of 960 months in this case.  The Court has extensive

09:53:51  25   submissions from the parties, so we'd like to just highlight a

09:53:55  1    few points here.

09:53:56  2            There is no doubt about what the defendant did,

09:53:58  3    Your Honor.  He raped children in our community.  He filmed the

09:54:03  4    sexual assaults, and he distributed many of those videos to

09:54:08  5    others.  There are more than twenty victims in this case who

09:54:12  6    were between the ages of 12 and 17 when they were assaulted by

09:54:15  7    this man.

09:54:16  8            As the Court considers its sentence, Your Honor, we

09:54:20  9    note that Section 3553(b)(2) itself says that in cases

09:54:24  10   involving crimes against children, there could be aggravating

09:54:28  11   circumstances of a kind or to a degree not adequately taken

09:54:32  12   into consideration by the Sentencing Commission in formulating

09:54:35  13   the guidelines that should result in a sentence greater than

09:54:39  14   the guidelines range.

09:54:40  15           It is something that Congress contemplated.  It is

09:54:42  16   built into the structure of our sentencing, Your Honor.  And

09:54:44  17   there are plenty of cases where district courts and appellate

09:54:49  18   courts have imposed the maximum sentence and maximum

09:54:52  19   consecutive sentences for particularly egregious crimes against

09:54:56  20   children.  This is the case, Your Honor, where the guidelines

09:55:02  21   do not account for the scope and the scale of the defendant's

09:55:05  22   conduct, and a guideline sentence is warranted.

09:55:08  23           This is among the most heinous and egregious set of

09:55:13  24   crimes against children to have come through this court, and it

09:55:15  25   is extraordinary in every way.  It is extraordinary in the

09:55:19 1  number of children that were involved, extraordinary in the

09:55:24 2  inhumanity and the depravity of what the defendant did.  He

09:55:29 3  even raped those who should have been the closest to him,

09:55:32 4  Your Honor, children who should have been able to trust him as

09:55:35 5  an adult.  And that is what he is, and that is what he was at

09:55:38 6  the time of these crimes.  He was an adult.

09:55:41 7      Extraordinary in the way that he lured children with

09:55:45 8  promises of alcohol and vapes, luring them and grooming them

09:55:49 9  into these exchanges for sexual abuse.  Extraordinary in his

09:55:54 10 utter failure to feel any true remorse for his actions.

09:55:58 11     Mr. Gonzalez-Falla gave a powerful speech,

09:56:01 12 Your Honor, but did not express remorse on the defendant's

09:56:04 13 behalf.  And he hasn't spoken to this court when he had the

09:56:06 14 opportunity.  What he wants to do is respond to what the victim

09:56:09 15 families are doing, Your Honor.  He wants to counterpunch.

09:56:13 16 That was his chance to get up before this court and say that he

09:56:15 17 was sorry; that he feels remorse for his actions; that he

09:56:18 18 understands his moral culpability, Your Honor, not just his

09:56:21 19 criminal culpability.  And he did not take that opportunity.

09:56:24 20 And that is very telling, Your Honor, because it ties into his

09:56:28 21 extraordinary risk of re-offending.  Even his own experts say

09:56:33 22 that he is a moderate to high risk of re-offending.

09:56:37 23     So there are two themes that seem to emerge from the

09:56:42 24 defendant's arguments for mercy in this case.  First that he

09:56:45 25 himself was a victim in his youth, and, second, that these were

09:56:49 1  teenagers and not minors or infants -- or no prepubescent

09:56:54 2  minors -- I'm sorry -- and infants, Your Honor.

09:56:57 3       So while the Court must consider all the mitigating

09:56:59 4  factors under 3661, the Court should give little weight to

09:57:04 5  these factors.  Unfortunately, there are many victims of sexual

09:57:08 6  abuse and sexual assault in our society, but the overwhelming

09:57:13 7  majority of them do not sexually abuse others.

09:57:16 8       So what's the real connection that the defendant is

09:57:20 9  drawing here, Your Honor?  And it is patently an attempt to

09:57:23 10 shift responsibility, shift blame, provide another explanation,

09:57:27 11 and put that explanation on others.  He blames his family, he

09:57:31 12 blames society, cultural factors, law enforcement, authority

09:57:36 13 figures, and perhaps most prominently, Your Honor, the victims

09:57:42 14 themselves for not stopping him.  That was not their job.

09:57:47 15      And any idea that he did not appreciate the wrongness

09:57:50 16 of his actions makes no sense on this record, Your Honor.  He

09:57:54 17 did his activities in secret.  He hid them from others.  He

09:57:58 18 preyed upon children, teenagers, that he could hope would be

09:58:04 19 silent out of peer pressure, shame, and their own pain.

09:58:08 20      He supplied them with alcohol, supplied them with

09:58:13 21 vapes, Your Honor.  They could not legally consent.  And in a

09:58:16 22 circumstance where there is partying and alcohol that is

09:58:19 23 flowing that he is providing, I highly -- I take issue with the

09:58:23 24 statement that they consented in every instance and that he was

09:58:26 25 responsible for that, Your Honor.  But, regardless, they could

09:58:28 1 not legally consent, Your Honor. They were minors, and the law

09:58:31 2 recognizes that. They did not conspire in their own abuse, and

09:58:36 3 he should not put that on them, Your Honor.

09:58:38 4 The age of the children is also not a mitigating

09:58:42 5 factor. These children were between the ages of 12 and 17 when

09:58:47 6 the abuse occurred. Some of them were his own family members,

09:58:50 7 Your Honor. These are people who should have been able to

09:58:52 8 trust him and able to expect that he would do the responsible

09:58:57 9 thing as an adult.

09:58:58 10 And, Your Honor, on this record the Court has ample

09:59:01 11 evidence that the age of the children has played almost no role

09:59:04 12 in the lifelong impact that he has had. The Court has victim

09:59:09 13 impact statements, and I expect the Court may hear from some

09:59:12 14 victims who will provide ample witness, Your Honor, to the

09:59:18 15 afflictions that these children, and some of them now young

09:59:22 16 adults, are facing: psychological issues, psychiatric issues,

09:59:27 17 relationships that have been broken. Some of the children have

09:59:31 18 been suicidal and had their tender years ruined by this man.

09:59:37 19 Some of the victims and their families I think put it

09:59:39 20 well, Your Honor, when they said that he stole their childhood

09:59:42 21 and their innocence. And for that he should pay, and he should

09:59:46 22 pay with the statutory maximum sentence.

09:59:49 23 Your Honor, you've heard a lot from counsel, whether

09:59:53 24 here today or on our written papers. But I think the most

09:59:56 25 significant and most important reasons for a statutory maximum

09:59:59 1 sentence come from the victims and their families themselves.

10:00:02 2 We ask that those who choose to speak be permitted to address

10:00:06 3 the Court.

10:00:07 4       What we've done to help aid the process and the

10:00:09 5 record for the Court is that, to the extent that the victims

10:00:13 6 were numbered in the original indictment, we provided some

10:00:16 7 victim numbers to those victims and their families so that they

10:00:20 8 may protect their identities but the Court still knows who is

10:00:24 9 addressing the court.

10:00:25 10       There were twenty total victims in the plea agreement

10:00:29 11 but only fifteen in the original indictment.  There were five

10:00:31 12 that were identified by law enforcement after the original

10:00:35 13 indictment.  They don't have numbers, Your Honor, but we've

10:00:37 14 asked them to identify themselves as such.  And we ask that you

10:00:39 15 hear from them and the testimony that they provide.  Thank you.

10:00:41 16       THE COURT:  Thank you.

10:00:42 17       Does probation have anything further before sentence

10:00:44 18 is imposed?

10:00:45 19       PROBATION OFFICER:  No, Your Honor.  Thank you.

10:00:46 20       THE COURT:  All right.  At this time, if there is

10:00:48 21 anyone in the courtroom who does desire to speak with regard to

10:00:53 22 this case before the court imposes sentence, I ask you to come

10:00:58 23 forward at this time.  I don't know how many of you there are.

10:01:02 24 So everyone who wants to speak to the court, please raise their

10:01:07 25 hand at this point.

10:01:10 1       All right.  Then what I want you to do is to come

10:01:13 2  forward one at a time to the gate, and then approach the

10:01:17 3  microphone where the court security officer is going.  And

10:01:21 4  would three of four of you always be waiting in line to testify

10:01:24 5  so that we can move people in and out quickly.  In other words,

10:01:28 6  to the extent you can, don't remain seated at this point.  If

10:01:32 7  you're going to speak to the court, get up and stand and then

10:01:36 8  come forward one at a time.  And, when you come forward, you

10:01:40 9  may state yourself as a number and then share with the court

10:01:46 10  anything you desire to share with the court.

10:01:48 11       Now, I will hear first from victims, if there is

10:01:54 12  anyone, or victim advocates or relatives of victims.  And then

10:01:59 13  if there is anyone here who wants to appear and speak on

10:02:02 14  Mr. Hida's behalf, I will hear from them next.

10:02:06 15       So everyone who desires to speak, please come to the

10:02:09 16  gate at this time.

10:02:30 17       MR. SRINIVASAN:  Your Honor, just briefly, I see some

10:02:33 18  other faces here that perhaps we didn't have a chance to meet

10:02:35 19  with before.  To the extent that a victim doesn't have a

10:02:37 20  number, we have the materials and we can give them a piece of

10:02:41 21  paper with a number.  So if they just want to ask us, we just

10:02:42 22  ask for permission to give it to them.

10:02:43 23       THE COURT:  You may do that.

10:02:45 24       MR. SRINIVASAN:  Thank you.

10:02:45 25       THE COURT:  You may do that.

1  All right.  Please come forward one at a time to the
2  microphone, and share with the court whatever you desire to
3  share with the court.
4  UNIDENTIFIED SPEAKER:  Thank you, Your Honor.  I'm
5  the father of one of the victims not numbered in the
6  indictment.  This letter was written to the defendant, but I'll
7  try and address it to you.
8  I just want to note the terrible actions and behavior
9  really have damaged my son, my entire family.  The trauma he
10  suffered and has worked hard to put behind him has been buried
11  pretty deep inside him, not something that he spoke out or
12  something that we even suspected of.
13  We spent much of the last few years high-tension,
14  fruitless therapy, son's behavior worsened as he tried to cope
15  with his feelings and understanding through terrible,
16  instructive outlets, too ashamed, too closed up to share with
17  me or his mother how he had been taken advantage of.  He
18  couldn't even start to process what had happened to him.
19  His high school experience and life has been
20  completely upended by this.  Certainly the last few years of
21  his youth, in a time when he should have been coming into his
22  own as an adult, were taken away.  This is a time he should
23  have been coming of age with his peers.  Instead, he got a
24  lifetime of therapy and a missing section of his childhood.
25  He's been through a lot of therapy, wilderness

schools, numerous high schools, all trying to cope with this. And what's sad is that, as he became upset and ashamed, a lot of his anger and resentment got taken out on his younger brothers, me, my wife, which created a lot of holes in our family that we're now going to spend years to repair, probably decades, as our son moves out and he tries to form these bonds that he should have been forming with his brothers and his mom and me over the last few years. Instead, we a have a big hole.

I found the -- the defense's comments personally just almost offensive and repugnant. It's just the lowest form to prey on children, and I just wanted to share our experience and hope that you consider the impact that it's had on us as you consider this.

THE COURT: Thank you.

UNIDENTIFIED SPEAKER: My sons are Victim 1 and Victim 14. Neither of them were able to write victim impact statements because doing so was too emotionally traumatic. And so I stand before you today to speak on their behalf.

What happened to my children is particularly heinous because Hida is their stepbrother. He lived in their father's house for quite some time. He began grooming and abusing them while he lived there. This all started when my youngest son was 11 or 12 years old and continued well until he was in high school.

As a result of Hida's actions, both of my sons suffer

10:06:01 1 from PTSD. My oldest son has tried to commit suicide multiple

10:06:07 2 times, he as a drug dependency problem, and has had to spend

10:06:11 3 time in mental health institutions on several occasions. He

10:06:15 4 doesn't sleep well, he harms himself, and he has an eating

10:06:19 5 disorder. He is unable to function like a normal human being.

10:06:24 6 It is difficult for him to work or to maintain any sort of

10:06:27 7 friendship due to the abuse he suffered.

10:06:31 8 My youngest son went from being a happy little boy

10:06:34 9 who just wanted to have friends to someone who is afraid to get

10:06:38 10 close to anyone. He began to withdraw in high school. Now

10:06:43 11 he's in college and, aside from going to class, he never leaves

10:06:47 12 his dorm room. He has to have his own room because he cannot

10:06:52 13 share a close space with another man. He doesn't spend time

10:06:55 14 with his suite mates. He doesn't go to parties. He doesn't do

10:06:58 15 anything because he cannot trust other men.

10:07:05 16 Not a day goes by that I do not think about what

10:07:08 17 happened to my children; that I do not feel guilty for not

10:07:13 18 protecting them from this predator; and for not seeing the

10:07:17 19 signs of their abuse. My heart is broken. And while I am sure

10:07:22 20 that my children try not to think of the trauma which they

10:07:25 21 endured, they live with the PTSD and shame that Hida's actions

10:07:28 22 have caused them. Even though they have been in therapy to

10:07:32 23 address the issue, they still continue to suffer the effects of

10:07:35 24 the abuse they endured at his hand.

10:07:38 25 My children were vulnerable, and all they wanted was

10:07:41 1 to fit in and have friends. Hida took advantage of that. He

10:07:48 2 stole their chance at ever having normal lives. My sons will

10:07:52 3 never have a normal brotherly relationship. We will never have

10:07:57 4 normal family time. Hida shattered our lives, and we will

10:08:01 5 never be the same.

10:08:05 6       Luann Hida is a sociopath and a pedophile who will

10:08:08 7 never be reformed. He did not limit himself to random kids he

10:08:12 8 picked up through Snapchat or WhatsApp. He did this to his own

10:08:18 9 half brother and stepbrothers, the very people he should have

10:08:20 10 been protecting. There is no cure for this behavior. There is

10:08:24 11 no changing it.

10:08:25 12       Your Honor, I respectfully ask that this monster

10:08:28 13 receive the maximum sentence allowable so that he will not harm

10:08:32 14 anyone else.

10:08:49 15       UNIDENTIFIED SPEAKER: Good morning, Judge Yeakel.

10:08:51 16 Thank you for this opportunity to write this impact statement.

10:08:56 17 It is incredibly difficult and emotional to put in words

10:09:00 18 exactly how this man and his horrific actions have affected my

10:09:03 19 son and our entire family.

10:09:09 20       When this first happened, our son kept it from us out

10:09:12 21 of shame. And, thankfully, another parent, the parents of a

10:09:16 22 friend of his, became aware of some possible wrongdoing and

10:09:20 23 contacted the Lakeway Police Department. From there, for the

10:09:24 24 most part, this entire case we are here for today came to

10:09:28 25 light, and I would like to add my thanks to the dedication of

Detective Mary Proctor and to FBI for bringing the case to this point for this man to be sentenced for his crimes.

Our son fully cooperated with police and was bravely able to give details that helped get us where we are today, as I'm sure these other young men who are here did.

To say the least, this horrible event has impacted not only our son, but every member of our family. It destroyed his sense of self-worth, his ability to cope, and his ability to trust. In his own words, he didn't see any value in himself. He was angry, lashed out on a regular basis not only to me and his father and the walls of our homes, but, most importantly, in the form of self-harm. He begin cutting his legs and his arms. He has multiple scars left from his self-inflected wounds. He at one time bashed his head so hard into his car windshield, he cracked it.

He was mercilessly bullied at school to the point of him holding a gun to his head and threatening suicide. He was hospitalized in a psychiatric unit for ten days and released home to us. He underwent several therapists, but the trauma was so deep, he was unable to connect and work completely with them. His anger outbursts were scary and hard to handle, to say the least.

I say that I have been traumatized, and his brothers and father as well. Obviously, his trauma is the most important, but we have all been traumatized by our son's anger.

10:11:25   1   We were able to put him in a different school, and he lived

10:11:28   2   somewhat of a normal life in high school. But with his coping

10:11:32   3   mechanisms and sense of any self-worth destroyed, he would

10:11:36   4   often fall into bouts of depression, manic behavior, and

10:11:39   5   frequently threatened to kill himself. He turned to drugs to

10:11:41   6   mask his pain.

10:11:42   7           We tried valiantly to help him, but we didn't have

10:11:45   8   the true skills to do so. Watching your son fall deeper and

10:11:49   9   deeper into a hole is devastating as a parent. It's a pain

10:11:53   10   like no other to watch your child that you gave birth to suffer

10:11:57   11   so many demons inside of him.

10:12:00   12           Since this happened to him in the spring of 2018,

10:12:03   13   he's been up and down a roller coaster of emotions, finally

10:12:08   14   hitting rock bottom at the end of 2020. He had to be

10:12:11   15   hospitalized once again for suicidal ideations and extreme

10:12:15   16   depression.

10:12:16   17           In January of this year, his father and I were able

10:12:18   18   to get him into a wilderness theory program to begin the long

10:12:23   19   road of mental and physical healing. He's currently in a

10:12:28   20   therapeutic boarding school in another state.

10:12:30   21           The financial tole of getting my son to a point of

10:12:33   22   well functioning is enormous. We have spent a minimum of

10:12:38   23   $175,000 in doing so and are not done yet. The emotional toll

10:12:43   24   is completely immeasurable.

10:12:46   25           I tell you this last part so you know my son is alive

10:12:49 1  and will grow to be, in our opinion, a successful young man.

10:12:54 2  He is working very hard to understand that he is worthy of good

10:12:57 3  relationships and that this horrific incident does not define

10:13:02 4  him.  He's told me that his high school years were supposed to

10:13:05 5  be fun and that he basically didn't get any of that.

10:13:08 6  Hopefully, he can find that in his future.

10:13:11 7       My son, his father, and I absolutely agree that the

10:13:16 8  man who did this to him should serve significant time for his

10:13:21 9  crime.  Not only did he physically assault my son, raped him,

10:13:24 10  and other innocent young men, too, but he also recorded it and

10:13:28 11  distributed these disgusting videos to others.  He has no

10:13:32 12  regard for how he would destroy my son and what it would do to

10:13:36 13  him when he committed these acts.

10:13:38 14       He deserves to be incarcerated for many, many years

10:13:41 15  as his punishment.

10:13:43 16       I am the victim -- mother of Victim Number 2.

10:13:46 17       THE COURT:  Thank you.

10:13:58 18       UNIDENTIFIED SPEAKER:  Good morning.  My son was not

10:14:00 19  one of the numbered -- numbered people, if that makes sense.

10:14:05 20  I'm just going to read what I wrote.

10:14:08 21       The following is my victim impact statement to

10:14:19 22  communicate how this crime has affected me and our family.

10:14:23 23       Prior to the crime happening, I had heard from the

10:14:26 24  counselors at my son's middle school about a predator in the

10:14:29 25  area who would sit at the Cane's restaurant across the street

from the school and peddle vapes and alcohol to the kids after school. My ears perked up. I warned both of my children about this man and to be on the alert. This was in the fall of 2016.

Midway through my son's sixth grade year, his personality completely changed. He suddenly went from being a normally developing adolescent with friends and activities to someone we didn't recognize. The first signs were that his grades plummeted. He couldn't complete assignments, and he wasn't able to keep up with his grade. His physical appearance changed in regards to his hygiene. He struggled to sleep and exhibited signs of depression.

We also discovered he was drinking, vaping, and using marijuana. He would sneak out many nights a week. There were also a few instances of self-harm. No amount of listening, talking, and consequences seemed to affect him at all. By the end of sixth grade, his dad and I drove him to a residential treatment center for help in May of 2017. He came home after five weeks, and in less than a month continued with the same behaviors.

I heard from his friends that two kids in their friend group had been molested by this man. This was the first inkling I had that my son could have been a victim. I spoke with him and his friends about it and how important it is to tell a safe adult if that is -- if that had happened to you and how holding the secret inside makes people sick.

10:15:55  1          A year later, after changing schools to change his

10:15:58  2     environment, thinking this would help, he started doing more

10:16:02  3     severe drugs on a regular daily basis, and all of the behaviors

10:16:05  4     mentioned before were increasing.  He was only thirteen in

10:16:08  5     seventh grade.  We had him in therapy with a private practice

10:16:12  6     therapist, and he was on the football team.  No one could reach

10:16:15  7     him.  Consequences didn't make any difference.

10:16:17  8          He went away again to a residential treatment center.

10:16:20  9     I had to hire two men to take him away at night.  The emotional

10:16:24  10    toll this took on me was indescribable.  He was screaming and

10:16:28  11    thought he was being kidnapped.  Yet he wouldn't agree to go to

10:16:30  12    treatment, so I felt this was his only other choice.  I was

10:16:33  13    afraid he would die of an overdose.

10:16:34  14          While he was at treatment, his counselor called to

10:16:37  15    inform me that my son reported to the psychiatrist that he had

10:16:40  16    been molested.  When he returned home, he told us about what

10:16:43  17    happened.  A few weeks later I read an article about this case

10:16:48  18    and how the FBI was seeking information.  I called the FBI, and

10:16:51  19    we got involved with the case.

10:16:58  20          Jason and one of the other -- there are three people

10:17:03  21    that came over to my house one morning from the FBI with

10:17:06  22    pictures taken from his phone of the boys he had photographed.

10:17:10  23    I identified ████ in the photo printout -- I identified my

10:17:14  24    son in the photo printouts and also one or two of his friends.

10:17:17  25    This took an emotional toll on me, and I had to take off work

10:17:21 1 for the remainder of the week.

10:17:22 2 I brought him in for the interview with the FBI a few

10:17:25 3 weeks later. His therapist warned me that this would be

10:17:28 4 difficult for him and have a negative effect. Two days after

10:17:31 5 the interview, he was caught at school with a water bottle that

10:17:34 6 was partially full of alcohol and a wine bottle in his

10:17:36 7 backpack. He was later expelled from school for bringing a

10:17:39 8 hunting knife and having a small amount of weed.

10:17:41 9 We sent him to a boarding school the following year.

10:17:44 10 He was kicked out after a few months for having prescription

10:17:47 11 pills. The year of COVID proved to be more of the same. We

10:17:50 12 are now at the end of 2021, and we have a bed reserved for him

10:17:54 13 at yet another residential treatment center soon. He will be

10:17:58 14 there for three to six months. He continues to use substances,

10:18:01 15 anything he can find, to self-medicate. He's failing nearly

10:18:05 16 every class right now.

10:18:07 17 My son has been to five different schools since 2017

10:18:10 18 and two rehabs in an effort to help him heal and offer him a

10:18:14 19 fresh start. He spent many hours in therapy; I've spent many

10:18:18 20 hours in my own therapy. He's been expelled twice.

10:18:19 21 The toll it has taken on our family is beyond

10:18:22 22 comprehension. As a sexual abuse survivor myself, the fact

10:18:25 23 that this happened to my own son is devastating. I've have had

10:18:29 24 days and weeks off of work to try to balance the emotional toll

10:18:32 25 as a therapist and make sure I'm caring for myself, because I'm

10:18:35  1    also a therapist and I work with teens.  I am currently not

10:18:39  2    able to accept new clients and have just this past week

10:18:42  3    enrolled myself in an eight-week self-help support group for

10:18:45  4    parents of troubled kids.

10:18:46  5           Financially, we have spent well over $100,000 on

10:18:49  6    rehabs, boarding schools, lawyers fees for his case regarding

10:18:53  7    the knife he brought to school, family and individual therapy,

10:18:55  8    and psychiatrist fees.  That fee is more than I can make in a

10:18:59  9    year as a trauma therapist in private practice.

10:19:02  10          My son is not in a state of mind to write his own

10:19:05  11   victim impact statement.  I do have a screenshot of a journal

10:19:09  12   entry he wrote while he was in rehab in 2017.

10:19:12  13          This is what it reads:  "Loter, you really fucked up

10:19:16  14   my shit, and now I'm in rehab.  Fuck you.  You're a piece of

10:19:19  15   shit, and I hope you go to prison.  You are the grossest person

10:19:22  16   I've ever been around, and I hope you die and suffer in pain."

10:19:26  17          The second paragraph, which is slightly harder to

10:19:27  18   read, says:  "Loter, I hope you understand that you're a

10:19:28  19   fucking pedo."

10:19:30  20          Thank you for understanding the impact that he has

10:19:32  21   had on our family.

10:19:37  22          THE COURT:  Thank you.

10:19:45  23          UNIDENTIFIED SPEAKER:  Good morning, I'm one of the

10:19:47  24   unidentified victims.

10:19:53  25          I am incredulous at the audacity of the defense in

suggesting the minimum.  I was 14 years old when this happened to me.  I rode the bus to school the next morning.  In one of our conversations, I may have told the defendant I would not wish prison on my worst enemy.  I would not say that, while he was nowhere near my worst enemy, he will still deserve every tortured second he spends in a cell, for the crimes he has committed are simply beyond describable evil.  And if it is deserved by anyone to withstand or succumb to the hell of incarceration, it is certainly him.

There have been few sexual predators as depraved as this man in public record, and I hope today justice is done.  It has been three years since his arrest, and we have waited patiently for justice the entire while, in which time the aftereffects of his violence wreaked havoc on my life.

The three charges brought up against him are a laughable representation of the evil he brought into far more than three lives, and I personally identified more than three of my own friends in the disgusting collection of pornography he created.

And, if for whatever reason I find today's sentencing unsatisfying, I will find solace in the fact that I tried to create justice on their behalf by speaking against him today.  We should not have to create our own justice, and we should not have to find our own peace, which has been a seemingly impossible task.

10:21:07  1    When he met us, he saw already damaged and vulnerable

10:21:11  2  boys as young as 12 years old and preyed on them.  Now, as I

10:21:17  3  approach the advent of my adulthood, I live with the diagnosis

10:21:19  4  of complex PTSD, unspecified anxiety and depression disorders,

10:21:26  5  drug abuse, drug problems, and must work every day to overcome

10:21:30  6  the trauma responses he created.  That is my life.

10:21:33  7    Hida is extremely manipulative, highly narcissistic,

10:21:38  8  and probably psychopathic.  I believe he has no capacity for

10:21:41  9  reform and would repeat his crimes if ever released from

10:21:44  10  prison.  And it breaks my heart to learn that authorities were

10:21:46  11  aware of his behavior well before I was involved.

10:21:49  12    But no matter what sentence is given to him today,

10:21:53  13  even though I urge you to prescribe the maximum, my peace will

10:21:59  14  remain unaffected.  The pitiable fact that he will spend the

10:22:02  15  rest of his years incarcerated is a contribution to that

10:22:05  16  comfort but does not constitute it.  His life in a solitary

10:22:08  17  confinement unit is small recompense for the life he stole from

10:22:13  18  me, my family, my friends, and many, many other survivors of

10:22:18  19  his malevolence.

10:22:18  20    His death in a prison hospital is insignificant

10:22:21  21  compared to the death of my childhood, either by their

10:22:25  22  childhoods and all the other souls he touched.  I know that he

10:22:29  23  will suffer horrendously in prison, either by insanity induced

10:22:34  24  by solitary confinement or by the actions of his peers.  But my

10:22:37  25  comfort is not drawn from that inasmuch as it is drawn from the

10:22:42 1  fact that, through his evil, I have survived and become a

10:22:44 2  stronger and better man than he will ever be, and I have looked

10:22:48 3  his evil in the eyes and rejected it.  He did not break me, and

10:22:52 4  from the derelict section of prison he will be made to call

10:22:55 5  home, he will never be able to.

10:22:58 6        THE COURT:  Thank you.

10:23:12 7        UNIDENTIFIED SPEAKER:  Good morning, Your Honor.  I'm

10:23:12 8  the father of one of the victims.

10:23:14 9        I didn't intend to speak, but my son indicated that

10:23:17 10  he would like me to.  I wrote you a victim impact statement,

10:23:23 11  and I cited the recidivism rate and the percentages of

10:23:29 12  offenders and victimization and the ratios.

10:23:32 13        In this case, I'm grateful to the parents that have

10:23:40 14  spoken and shared their grief and the impact.  But I'm very

10:23:48 15  proud of my son, who handles it better than I do.  I have a

10:24:08 16  background in these proceedings that I care not to share in

10:24:11 17  open court.  What I heard that defense point out was

10:24:18 18  compassion, and he makes a good point.  He made several good

10:24:23 19  points.

10:24:24 20        But what the prosecutor pointed out and shared was

10:24:29 21  the concealment and the repetition and the lack of remorse.

10:24:35 22  I'm not a psychologist.  He's been cited as sociopath, and I

10:24:43 23  don't believe in armchair diagnoses.  What I do know is there's

10:24:51 24  a high probability of more victims.  And, as I cited in my

10:24:56 25  letter to you, in this case there are approximately 100, or an

| | |
|---|---|
| 10:25:01 | 1 |
| 10:25:08 | 2 |
| 10:25:12 | 3 |

estimate of 100. So at a 20 percent recidivism rate, to let
him back out, there's 20 more children per 100. It doesn't
sound like good odds to me.

I appreciate the Court's indulgence.

THE COURT: Thank you.

UNIDENTIFIED SPEAKER: Good morning.

THE COURT: Good morning.

MS. CHILDS: I'm very nervous and about to pass out.
And never imagine in all my life being in this situation.
First I want to say I'm sorry for all the families, and we
apologize with all my heart, with all my heart for everybody
here. I want to say I apologize for what my son did, for your
sons, with all my heart.

I hope I can talk here today. When I left my
country, I never imagined being here in a situation like this.
Twelve years ago I had dreams about his future. He was smart.
He's good for me, for my family, and everybody loves him.
Everybody. But I am the only one here. I don't have my
family. I don't have my sisters. I don't have nobody here,
just me and God to help me in this situation.

Like Mr. Gonzalez say, I was not there to protect my
son when somebody abused him. He was six years old. He was a
baby. And this hurts me today. My son, he has been rejected
since he was in my belly by his daddy, by my family, because I
get pregnant when I was so young. I don't have maturity. I

10:27:22 1   was not smart.  And I did not have money to take care of him.

10:27:26 2   I have nothing.  I feel sorry because I don't have nothing to

10:27:31 3   take care of him.

10:27:34 4         I ask could you please have mercy for my son because

10:27:41 5   he was -- I can die for him because all this time I have been

10:27:45 6   so sorry.  All the time I think about his life, and I'm just

10:27:51 7   sorry.  I'm sorry, Luann, if I was not protecting you at that

10:27:58 8   time because I was working.  Just God know I was working when

10:28:04 9   somebody did something to my son, too.

10:28:07 10        Like Mr. Gonzalez describe it, this happened for the

10:28:11 11  other kids, he repeats what happened to him.  I feel so sorry.

10:28:22 12  I wanted to protect you, my son.  I came here to have the

10:28:33 13  opportunities in this country.  I love this country.  I love

10:28:36 14  Texas.  This is my second home.  It's a great place.

10:28:42 15        And I feel like all the opportunity we have here, and

10:28:47 16  I please beg mercy for my son so he has some opportunity in his

10:28:53 17  life, because since he's born he just suffered all his life

10:28:58 18  with all trauma he has been through.  And I know he has a good

10:29:04 19  heart.  The people who work with him and his teacher -- I have

10:29:10 20  some picture of his French teacher with pictures of his

10:29:14 21  friends.

10:29:14 22        He's not -- I know people think he's a monster like

10:29:16 23  they say, but he is not a monster.  He needs some help.  He

10:29:23 24  needs some help, and I needed more help, too.  Please, I pray

10:29:34 25  to have mercy to my son.

10:29:40  1      I do beg and I want to say sorry for all the family

10:29:45  2  here.  I apologize with all my heart, and believe all the words

10:29:50  3  I say here for you guys is true.  It's true.  It's very true.

10:30:02  4      I have a lot of people right now in Brazil praying

10:30:07  5  for us.  His children, my family, my daddy, my brothers and

10:30:13  6  sisters, everybody now.  I think about this moment and I never

10:30:21  7  in my life be through this situation.

10:30:25  8      Luann, the first day he went to high school here, I

10:30:31  9  remember he's walking through the school.  I was behind him.

10:30:37  10  And I said, Oh, my gosh.  Thank you, God.  Thank you, thank

10:30:41  11  you, thank you for this opportunity for my son, because five

10:30:46  12  years ago we was in bad place in Brazil.  I was so happy.  I

10:30:53  13  was so happy.

10:30:56  14      And he went to the high school, and he make first

10:30:58  15  trip to Europe with the French teacher.  All the group was so

10:31:05  16  happy.  I was very proud of it.  I was so proud of him.  Please

10:31:12  17  have mercy to my son, God.  Please.  I'm sorry for my son.  I

10:31:22  18  was not a good mom for not protecting my son.

10:31:29  19      His work, he has opportunity back to Brazil and have

10:31:36  20  his dream and finish school.  He went to jail when he was 24,

10:31:42  21  almost 25 years old.  He's too young.  He have lot of trauma in

10:31:51  22  his life, believe me.

10:31:52  23      I sent a letter to Mr. Gonzalez, to Your Honor, and

10:31:59  24  that's all I want to wish.  I wish I had the letter, but I say

10:32:05  25  no.  I want to tell them everything from my heart because what

10:32:09  1  you see my eyes, that is true.  And I feel sorry.  I never

10:32:17  2  wanted this to happen to him.  I know as a mother God knows he

10:32:22  3  has a good heart.  Thank you.

10:32:33  4          THE COURT:  Is there anyone else in the audience

10:32:35  5  desiring to speak before sentence is imposed?

10:32:40  6      (No response)

10:32:40  7          THE COURT:  Mr. Hida, Mr. Gonzalez, if either or both

10:32:44  8  of you have anything you would like to say in addition to what

10:32:47  9  you've already said or in response to anything that's been said

10:32:50  10 by anyone else, you may address the court at this time.

10:32:54  11         THE DEFENDANT:  Yes, Your Honor.  I have a -- I'm

10:33:02  12 sorry.

10:33:13  13         My name is Luann Leao Hida.  I may not sound like it

10:33:23  14 or may not really have an accent, but I am from Brazil and was

10:33:30  15 born in 1994.  I -- as far as -- as far as back as I remember,

10:33:40  16 I never had a father or -- I mean, my biological father was

10:33:48  17 never there.  I do remember when I was about four or five years

10:33:54  18 old, I have a very faint memory of my -- my first stepdad,

10:34:01  19 Adilson.  That was my -- somebody I regarded as my father.

10:34:08  20 He's the father of my half brother.

10:34:11  21         He was the person that got with my mom at the time,

10:34:16  22 and she taught me to call him my father.  He was a federal

10:34:23  23 police officer in Brazil.  And I think that by the time I was

10:34:30  24 six and seven, I started -- I remember being aggressively

10:34:38  25 abused by my stepfather.  And that -- that includes my mother,

10:34:48 1  too.  He was an abusive drunk.  He would beat up my mom.  I

10:35:00 2  presenced her -- I presenced [sic] him pushing her off a hill.

10:35:06 3       And he left.  I was only about six years old.  I

10:35:13 4  remember she hugged me, and she told me to never be that kind

10:35:17 5  of -- that kind of man.  This physical abuse was also stretched

10:35:22 6  to me.  I know all kids, you know, misbehave.  I understand

10:35:29 7  physical punishment to a certain extent, you know, a little

10:35:32 8  spanking or something.  But this was definitely not the case.

10:35:41 9  Like I said, I was six or seven years old.  He would beat me up

10:35:45 10 with a belt.  And the belt -- and he used the belt buckle.  And

10:35:52 11 to this day I cannot remember what I did to trigger that.  But,

10:35:58 12 whatever it was, I cannot justify somebody beating up such a

10:36:03 13 young child.  It was such a severe way -- (weeping).

10:36:14 14      I have a little brother who is that age right now,

10:36:18 15 and I cannot -- I cannot -- I cannot see him, me, or anybody

10:36:24 16 using that amount of violence against -- against him, against a

10:36:29 17 child so small.  I just can't -- I can't understand that.

10:36:34 18      And that behavior from him, my stepdad, it kind of

10:36:40 19 went away for a little while.  But when I was nine or ten years

10:36:46 20 old, it came back.  It was there.  It was present.  He became

10:36:57 21 enraged.  I think he was cheating on my mom, and my mom called

10:37:01 22 him out on it.  They would have arguments.  At one point I

10:37:06 23 was -- I was sitting in the back of the car.  And I don't

10:37:13 24 remember what they were arguing about, but he told her to shut

10:37:16 25 the fuck up, shut the fuck up, and he pointed a gun at her head

right in front of me.  And he said, Say another word.  Say

another out word, bitch.

        And I just I just -- I don't know how -- I still

don't know how to process that.  I still don't know how to

process that, because it was -- the memory is there.  I'm never

going to forget about it.

        At another point they were arguing -- arguing at the

house, and they -- I had to step outside.  It was something --

every time they started arguing, I would step outside into the

front yard or try to be in a different room so I wouldn't

become part of it or become entangled in it.

        And I heard -- I was outside.  I heard a gunshot.  I

heard a gunshot.  And I heard my neighbor yell, and I stepped

outside, and I just -- the first -- first thought that came to

my head was, is my mom dead?  You know, do I still have a

mother?  I don't know what happened.  I don't know what

happened in the room.  I think my mom does.  But, you know,

there was a gunshot.  There was a -- he shot the back of the

wall behind the bed.  I don't know -- I don't know what

happened.  I don't what happened there.

        When my little brother was born, I was almost eight

years old, and I was -- I don't want to say "quickly replaced,"

because it appears I was never the real child of this man, my

stepdad, Adilson, but I was definitely put to the side.  And

when my little brother was born, I -- I absolutely hated him.

10:39:31 1   And I didn't know -- I did not know why at the time, but I did.

10:39:39 2   I hated him.  I didn't want to be around him.  I did not like

10:39:42 3   the attention he was getting.  And I -- even looking back at

10:39:48 4   it, I could try to associate that with being the big brother

10:39:51 5   who is jealous of his little brother getting the attention.

10:39:56 6   But this was more than that.

10:39:57 7           You know, my stepdad would put him on a pedestal, and

10:40:02 8   he would talk about how he was going to be better than me, how

10:40:05 9   I was fat, and how they had another chance at making this kid

10:40:10 10  who is my brother become an athlete.  And I just had this

10:40:16 11  irrational hate, you know, towards him.  I would hit him at

10:40:20 12  times or say bad things to him or just be, you know, really

10:40:24 13  mean.

10:40:25 14          And it took me a long while to grow out of this,

10:40:31 15  because even by the time my stepdad was gone and my mom got

10:40:35 16  with my second stepdad, Roger, which is the American guy she

10:40:43 17  met when I was 12 years old and later got married to.  You

10:40:50 18  know, I remember this one instance when I was 14 and my brother

10:40:54 19  was about six or seven, I would actually tell people he was not

10:41:01 20  my brother.  I did not want to even recognize him as a part of

10:41:04 21  me.

10:41:06 22          And I remember he came downstairs.  We were in the --

10:41:09 23  we lived in an apartment.  And he dressed up with his jersey

10:41:15 24  and cleats and everything, and he wanted to play with the other

10:41:19 25  kids which were my age.  And I turned him around and I told

10:41:26 1 him, No, you're not -- you're not going to do this.  You're not

10:41:30 2 going to be part of this.  You're not.  I don't want you here.

10:41:33 3 And I told him to go upstairs, and he went upstairs crying.

10:41:38 4 And that's painful memory that I have of something

10:41:42 5 that was painful that I did.  And only now through counseling I

10:41:50 6 can understand that the things I did with my brother, against

10:41:59 7 him at that time, they were not my true feelings for him.  It

10:42:05 8 was just that I associated him with my stepdad.  And I hated my

10:42:13 9 stepdad, so, therefore, I hated my little brother.

10:42:24 10 Now, I am -- the only solace that I have is that I

10:42:26 11 can look back and see that I was very young and I can, you

10:42:29 12 know, put that behind me and just know what happened now.  But

10:42:34 13 that did happen, and that's a painful memory that I have with

10:42:41 14 me.

10:42:41 15 Apart from my first stepdad, once my mom got with

10:42:44 16 the -- Roger, who was the American guy working in Brazil, I was

10:42:48 17 in sixth grade at that time.  That was at the time that I

10:42:56 18 really realized that I was gay, and that apparently started

10:43:05 19 becoming a problem.  Not with me, of course, but with my mom.

10:43:09 20 She would -- she had made -- you know, she's here

10:43:12 21 today -- she's here today and we've come a long way, but these

10:43:18 22 things did happen and I'm not going to forget about them and

10:43:25 23 I'm just dealing with it.

10:43:26 24 At that time, when I was 12, she told me you are at

10:43:29 25 the age where boys your age start getting girlfriends.  And if

you do have a girlfriend or you get with a girl, you can talk to me about it. I was a little embarrassed, as any 12-year-old kid would be, but I just remember she said that. And then a couple of months later, she pressed me again. And I don't remember how the conversation went, but she at the end told me that, you know, it's not very uncommon for boys your age to be with older girls with more experience.

And I wasn't dumb. I was in puberty. I knew that she was talking about sex. But in a weird way I kind of felt like she was trying to induce me or push me. And I think really what happened was she noticed my lack of interest in females and girls, and she started pushing me towards trying to be with a girl.

When I was 13 and I was in seventh grade, we had just -- things got a little worse. When I came back -- I came back from school one day, me and my little brother -- he was only five at that time -- and we were in the living room. And out of no where, just completely out of nowhere, she blurted out and told me and my little brother, who is only five at the time, that if another boy talks to you and asks to see your dick, tell them, Get out of here, faggot.

I rolled my eyes. I wasn't trying to listen to that. And she told me, Do you hear me, Luann? And I said, Yes. Yes, Mom. I was very embarrassed by this, especially with my little brother there being five. And she was talking to both of us.

10:45:42  1   I just thought that was very unnecessary.

10:45:45  2        When I was 14, eighth grade, I remember being in the

10:45:51  3   back of the car, and my mom and my stepdad were talking.  And

10:45:57  4   at that time my mom was not the most religious person in the

10:46:01  5   world, and she was asking my stepdad Roger something about a

10:46:10  6   religion.  And she specifically asked him what was their --

10:46:15  7   what did it have to say about homosexuality.  And my stepdad

10:46:19  8   responded that you -- you could be gay, but you could not

10:46:24  9   practice it.  I heard this, and I immediately understood that

10:46:29 10   this was a hit, this was an attack, at me.  And I didn't say

10:46:36 11   anything, but that did stay in the back of my head.

10:46:41 12        Now, even though I did not have the support of my

10:46:45 13   parents at home, at school things were a little different, as

10:46:51 14   Mr. Gonzalez mentioned.  I did begin exploring or, rather,

10:46:57 15   having relationships with other boys my age at the time.  And

10:47:06 16   in -- I had -- as far as school went, I had a normal life.

10:47:13 17        I was in middle school.  As you may know, Brazil, we

10:47:18 18   love soccer, and I played goalie.  I made it to the -- the

10:47:25 19   school team.  And I was actually so good that my coach at that

10:47:35 20   time, he wanted me to play with the boys from high school, and

10:47:37 21   I told him that that's just crazy.  They're bigger than me.

10:47:39 22   They're going to kill me.  But I did very good, and I made

10:47:48 23   many, many friends at that time.  It was actually what I think

10:47:52 24   about was the best time of my life.

10:47:56 25        I -- I didn't do drugs.  I didn't drink.  I didn't

10:48:01  1  even have -- I wasn't spending so much time on the Internet. I

10:48:06  2  wasn't sitting around watching TV or even playing video games.

10:48:13  3  My whole life was school, and there were the kids from my

10:48:21  4  neighborhood that I would play soccer with, and there was the

10:48:24  5  kids from my school that I was very close with and that I also

10:48:30  6  played soccer with. And I was healthy, I was happy.

10:48:37  7       In eighth grade my mom told me that they could afford

10:48:41  8  to put me in a better, more renown school, a more expense

10:48:48  9  private school than the one I was going to, and I -- I chose

10:48:53  10  against it. I was happy where I was. I didn't want to change.

10:49:01  11  Unbeknownst to her or to anybody, I had, for the lack of a

10:49:06  12  better word, a boyfriend, a significant other. His name was

10:49:14  13  Pedro. And this was somebody that was -- you know, would stick

10:49:19  14  around with me.

10:49:20  15       And at that time I was -- I was outed as gay in a way

10:49:31  16  through little notes, but people found out. And, of course,

10:49:38  17  there were a couple of comments here and there, but the general

10:49:41  18  thing was, you know, my friends, that same day they found out,

10:49:45  19  they came to me and told me that this was not -- none of their

10:49:51  20  business, that I should live my life the way I want to. So, in

10:49:56  21  a way, I kind of felt like back in the day I didn't think much

10:49:59  22  about it. But I -- looking back at it now, it was good to be

10:50:06  23  either accepted or that this wasn't a problem or that nobody

10:50:11  24  really that I knew up close tried to treat me different for my

10:50:17  25  sexuality.

10:50:24 1    In eighth grade my -- I found out my stepdad, his

10:50:28 2 contract with Sikorsky, which they make Black Hawks, the

10:50:33 3 helicopters the Brazilian Army uses, they -- his contract was

10:50:39 4 ending.  He was actually pissed off at his manager and, you

10:50:47 5 know, he wanted to go back to the United States.

10:50:48 6    And from the moment I met my stepdad two, three years

10:50:53 7 earlier, I already knew this was going to happen, that at some

10:50:58 8 point we were going to go to the United States.  And at that

10:51:03 9 time I didn't know anything about politics.  I did not know

10:51:08 10 anything about nothing.  I was just this kid that cared about

10:51:12 11 soccer.  I had a -- I had friends, I had a boyfriend, and I was

10:51:17 12 happier where I was.  It's not that I did not want to come

10:51:21 13 here, but I did not want to change my life as it was when I was

10:51:30 14 in Brazil.  But then, again, I was 14 years old.  I didn't have

10:51:35 15 a choice.  My mom in a way convinced me I was crazy for not

10:51:41 16 wanting to come here, and I did.  I ended up coming here that

10:51:47 17 summer of 2009 when I was 15 years old, and I started my -- my

10:51:54 18 freshmen year in high school here in Texas.

10:52:04 19    I'm going to just try to summarize, because

10:52:08 20 there's -- I just wanted to tell you where I think I did suffer

10:52:13 21 a lot here, Your Honor.  I had what I thought was a normal

10:52:19 22 life, that was good and I was happy and I did not need drugs or

10:52:24 23 alcohol or anything like that, or even video games, to make me

10:52:29 24 happy.  And I was a very social person with many friends, and I

10:52:32 25 was physically active.

10:52:33  1    And when I came here, people treated me differently

10:52:37  2  at school for being gay.  I tried to ignore that, and it

10:52:48  3  continued on.  People called me names, they made remarks, they

10:52:54  4  made jokes.  I got into physical and verbal altercations to

10:53:01  5  protect myself.  And this got so bad to the point that I had to

10:53:09  6  quit soccer, which was the last thing I had left after moving

10:53:12  7  from Brazil here, because I didn't have my families anymore --

10:53:16  8  I didn't have my family anymore.  I didn't have friends.  I

10:53:20  9  lost my boyfriend.  And now I couldn't even play the sport that

10:53:26  10  I liked because I was bullied.  I was bullied.

10:53:32  11    This went on throughout pretty much my whole high

10:53:36  12  school.  I had to live as a different person.  And I know that

10:53:39  13  that definitely changed me.  I did not know at the time, and I

10:53:45  14  know now, that I went through a very dark time, a very -- I

10:53:50  15  went through depression.  And at that time I wasn't accepting

10:53:55  16  or did not want to accept that that's what was happening to me.

10:54:06  17    And I learned a couple of months ago, after being

10:54:09  18  moving to McLennan County where they had a tablet, so I went

10:54:12  19  through the education and I started learning about mental

10:54:14  20  health.  And, wow, it was -- it was the perfect storm.  I mean,

10:54:19  21  I came here.  I couldn't be accepted by my parents at home.  I

10:54:28  22  couldn't be accepted by my friends at school.  There was just

10:54:35  23  nothing anybody could do for me.  And that's when -- at that

10:54:37  24  time when I -- the only safe place that I had was the Internet,

10:54:44  25  and that's where I met people for good and bad.  And that was

10:54:49  1  basically my sex education there, was the only place where I

10:54:54  2  would be my myself, was on the Internet.  And that's when I

10:54:57  3  started looking at pornography and even at child pornography,

10:55:04  4  which at the time looking at other teenagers my age.

10:55:13  5       After that came about and the FBI came to my house,

10:55:16  6  my mom took me to a pastor, and this wasn't very helpful.  We

10:55:24  7  got stuck on the whole homosexuality is wrong and this is the

10:55:28  8  law of God.  And I couldn't be in that place.  The counseling

10:55:38  9  that I went to was much more open.  She tried to address me.

10:55:44  10  She asked me the things that I needed, and I told her I

10:55:47  11  honestly think I need companionship.  I don't have any friends

10:55:50  12  here.  But we couldn't afford her, and my parents, my mom and

10:55:57  13  my stepdad, were going through a divorce at the time.  My

10:56:01  14  stepdad was very indifferent about this, and they pulled me out

10:56:04  15  of counseling.

10:56:06  16       After high school I began to gain a lot of weight.

10:56:14  17  And at that time I did not understand that this was due to my

10:56:19  18  depression.  And I understand now that some people turn to

10:56:28  19  drugs, some people turn to alcohol, and I ended up turning to

10:56:34  20  sex as a way to cope with my -- my depression at the time.

10:56:42  21       The things that happened to me, the crimes that I'm

10:56:46  22  being charged with, they date back to 2014.  I was 20 years old

10:56:54  23  at that time.  I had finished high school a year earlier, when

10:56:57  24  I was 19, actually.  And I was very lonely.  I -- the only

10:57:04  25  people that I really had contact with were people that I talked

10:57:09 1 to on the Internet that were from Brazil.

10:57:16 2 I quickly realized that, as a young adult, if you

10:57:20 3 don't smoke, if you don't do drugs, if you don't drink alcohol,

10:57:25 4 if you're not going to college, and if you live in a small city

10:57:29 5 like Marble Falls and you have a full-time job, you don't

10:57:32 6 really have a social life. And, again, I got stuck with my

10:57:37 7 friends on the Internet, which are the only friends that I -- I

10:57:43 8 had.

10:57:46 9 After two years living in that confinement -- I lived

10:57:52 10 by myself with my cat; that's all I had -- I ended up putting

10:57:56 11 nearly 100 pounds during that time. And my mom came to my

10:58:03 12 house one time, and she asked me if I was sick and what was

10:58:07 13 wrong. But I just kind of rolled my eyes and didn't want to

10:58:09 14 listen to her. I didn't want to accept that there was just

10:58:13 15 something wrong with me. I just -- I didn't want to hear about

10:58:16 16 it.

10:58:19 17 That was the time I met -- I started hanging out with

10:58:22 18 my brothers, when he started going to high school, and I met a

10:58:30 19 couple of his friends who were also in high school. This is

10:58:33 20 also the time that my then-not husband, who was really just my

10:58:37 21 best friend, moved from Brazil. I spent a lot of money to try

10:58:41 22 to get him here and get him on visa and everything. And that's

10:58:44 23 the reason why we got married, was to help him get a visa, so I

10:58:48 24 could have somebody to be a companion with here.

10:58:53 25 And my brother started hanging out with me, and I met

his friends. My interactions with them become inappropriate, including my husband also participated. And this is where I -- actually, right before I moved in, through the process of depression, too, I started spending a lot of money that I didn't have on things I didn't need.

I bought guns. I had a Jeep that I inherited from my mom that was paid off, but I bought a BMW just so I could have the thrill to have a sports car. That added over $700 a month in my budget that I didn't have. I spent money with my friend trying to get a visa for him. I racked over $16,000 in credit card debt very quickly. And now that that thrill was gone, what was left over was my brothers and his friends at the time. And, like I said, our relationship started getting appropriate. I did not have intentions to harm anybody.

And I know this may be difficult for -- for people here in America to understand. But, unlike many people like my little brother, who are me that are immigrants that tend to come here and find another life and simply forget about home, I have never been happy here in this country. I had my ups and downs. I was very emotionally connected to my country. And between the first time that I was here in 2009 until 2015, I went back and forth to Brazil seven times and stayed there for either the whole summer or even a month or two at a time, where I had and still have a whole life there. I have family and friends and ex-partners that are all there.

I made -- I had two relationships that were
meaningful to me.  When I was 19 years old, I got in a
relationship with my boyfriend Bruno.  At the time he was 16
years old in Brazil.  And this was completely legal.  We
definitely loved each other and we wanted to be with each
other, but the distance didn't help.  But did meet him twice in
Brazil, and I got to be with him and that was a very happy
moment of my life.  I met his mother.  His mother liked me.  I
met his sister and a couple of his friends, too.

Of course, this was a distance relationship that
didn't work, but I ended up being with another person, too.
His name is Mateus, which is Matthew in Portuguese.  When I
first met him in 2014, he was 14 years old, and we were exactly
six years apart.  We had the same birthday.  We shared a lot of
things in common.  And, again, this was also a fully legal
thing in Brazil.  You know, the age of consent is different in
my country.  And I was with him for a little over a year, and,
again, this was also a distance relationship that did not work
out.

So in 2015, after I came back, I just had ended --
after I came back from Brazil, I had just ended two
relationships that were meaningful to me that really only ended
because of the whole, you know, distance issue.  At the time I
could have, if I was really crazy, just packed up my bags and
just left back for Brazil.  But I -- that's not my -- that

11:03:30 1  wasn't my plan.  I had a job.  I was working full-time.  I was

11:03:36 2  trying to, you know, go straight with my life and buy a house

11:03:41 3  and get settled and things like that.

11:03:47 4       I was in no way thinking -- you know, the sad thing

11:03:49 5  is, if I had actually been thinking about which way could I be

11:03:56 6  with as many teenage boys as I can be without getting caught,

11:04:00 7  all I had to do was just move back to Brazil where this was

11:04:04 8  legal.  But that's not where my mind was at.  I wasn't thinking

11:04:07 9  about that.  I was actually trying to make myself a productive

11:04:12 10 person for society and try to have a stable life before making

11:04:16 11 a commitment with a partner.

11:04:20 12      But, in 2016, like I said, when I met my brother's

11:04:28 13 friends were going to high school, I failed to see them as

11:04:40 14 children.  I did not intend to -- to hurt them.  At the time a

11:04:47 15 couple of them were a little shorter than me, some of them were

11:04:50 16 actually a little taller than me, and they played football.  I

11:04:56 17 was seeing them at the time as young men, not as vulnerable

11:05:05 18 children.  And, you know, coming from my country where I just

11:05:11 19 had these two relationships, I did not see at the time this as

11:05:19 20 something that was incredibly, incredibly wrong and hurtful.  I

11:05:27 21 was not trying to hurt these people.

11:05:32 22      And this was also at the time that I started selling

11:05:36 23 vapes and alcohol.  I had no idea I was going to make so much

11:05:43 24 money.  The first month that I did this, I made $700.  I

11:05:46 25 thought it was just going to be a side hustle so I could pay

11:05:50 1  rent and try to get back on my feet.  And I also did not see

11:05:57 2  this as awfully wrong, because I wasn't selling, you know,

11:06:03 3  illegal drugs, I was just selling contraband.  And I didn't see

11:06:09 4  it as something that was very hurtful.

11:06:12 5       But with the stories of what happened with me and my

11:06:18 6  brother's friends, it -- these things became an open secret.

11:06:22 7  And there were these rumors that I had paid somebody $500 to

11:06:30 8  have sex with them.  Actually, they said both me and my husband

11:06:33 9  paid them $500 to have sex with them.  And that's a lot of

11:06:38 10 money.  And this was at the time that I started getting a lot

11:06:47 11 of proposals from many boys to do the same thing.  And I -- I

11:06:57 12 had never dreamed that I would be in a situation like that.

11:07:02 13 There was just a lot of temptation.

11:07:07 14      I wanted affection.  Many of these people that I

11:07:10 15 talked to, they -- I tried to be friends with them, not for the

11:07:17 16 purpose of groom them or trying to do these things with them,

11:07:25 17 because the sexual aspect was already there.  People already

11:07:28 18 knew.  I see -- I don't want to say his name, but the gentleman

11:07:35 19 with long hair that's here today that was one of my victims, I

11:07:41 20 read your parents' testimony.  I'm really sorry to what

11:07:47 21 happened to you.  I never intended to hurt you.  I saw you as

11:07:55 22 my friend, and you made me feel like you were my friend.

11:08:05 23      You're a very smart person.  I remember we would talk

11:08:08 24 about things like politics and stuff.  And this was important

11:08:17 25 to me, because the sex part was just a human feeling that was

11:08:24  1   essential.  I was a young man.  I was 20, 21, 22.  But I also

11:08:30  2   wanted the affection and the friendship.  I think, as one of

11:08:33  3   the victims mentioned here, that he wanted to be friends and

11:08:37  4   that -- that was true.  The sex was a smaller part of it, and

11:08:46  5   that's why I ended up hanging out with these people.  That's

11:08:51  6   why they would come to my house and they would bring their

11:08:54  7   friends.  And most of the time there wasn't an actual sexual

11:09:00  8   relationship.

11:09:02  9           And I am sorry that these things -- I failed to see

11:09:12  10  how wrong these things were.  I was in a very fragile state of

11:09:20  11  mind that I did not know at the time, and now with my

11:09:23  12  counselors and my -- I've been trying to get help.  I've been

11:09:35  13  trying to get help.  I asked Limestone.  I spoke to mental

11:09:37  14  health.  They talked to me.  I told them my whole story.  I

11:09:42  15  talked to them twice, actually.  They said they were going to

11:09:44  16  prescribe medication for me; they never did it.

11:09:46  17          They moved me to Waco.  I talked to mental health in

11:09:55  18  there, and it was the same thing.  They talked to me, and then

11:09:57  19  they never did anything about it.  I recognize that I have

11:10:05  20  issues.  I recognize that I want to change.  I hurt my family,

11:10:07  21  and my mother is here present.  My stepdad, who is the father

11:10:15  22  of my stepbrothers wrote a letter, Your Honor.  I believe you

11:10:18  23  read it.  And it's been very difficult for us as a whole to go

11:10:28  24  through this, and he expressed that in his letter.

11:10:34  25          And even one person who was my victim, my half

11:10:38  1  brother, wrote a letter.  And he says that, you know, he does

11:10:45  2  not agree with my crimes, but he also knew the good side of me.

11:10:51  3  My stepdad knew the good side of me.  I'm terribly sorry for

11:11:00  4  these people that I ended up hurting.  That was not, absolutely

11:11:08  5  not, my intention.

11:11:09  6          I'm a person.  I am not a sociopath.  I care about

11:11:11  7  other people, just like I did care about my stepbrother.  His

11:11:15  8  mother is present today, Paulette.

11:11:22  9          I -- even after ████ had been kicked out of his

11:11:27  10  parents' house against my best thinking, I ended up, you know,

11:11:35  11  taking him to live with me.  And I had problems with him and,

11:11:47  12  you know, his drug usage.  I do believe you remember the

11:11:51  13  episode where he overdosed on -- I'm not sure if it's Xanax or

11:11:56  14  something.  But he was taken to the hospital, and I believe you

11:12:04  15  spent the night with him that day and then you drove him to

11:12:07  16  Tim, my stepdad.  And then Tim asked me to go pick him up so I

11:12:13  17  could take him back to home where he was living with me.

11:12:16  18          But he had not fully recovered from -- from his drug

11:12:26  19  at that time, and he was going through withdrawals.  And I

11:12:28  20  think you read the letter that the government attached that I

11:12:39  21  wrote, and I talk about this episode where ████ became

11:12:41  22  extremely erratic.

11:12:41  23          MR. SRINIVASAN:  Your Honor, we just ask that the

11:12:42  24  defendant not use the victims' names.  It's not necessary.

11:12:45  25  He's reciting a letter that's already in the record.  He can

11:12:48  1  use initials.  He can use the victim numbers.  He doesn't need

11:12:51  2  to use names in the public record.

11:12:52  3          THE COURT:  Please do not use the names of any person

11:12:57  4  in --

11:12:57  5          THE DEFENDANT:  I --

11:12:57  6          THE COURT:  Don't interrupt me.

11:12:59  7          THE DEFENDANT:  I'm sorry.

11:12:59  8          THE COURT:  Please do not use the names of anyone

11:13:01  9  involved in this.  And rest assured that I have read everything

11:13:04  10 that has been provided to me.

11:13:08  11         THE DEFENDANT:  I apologize, Your Honor.  I

11:13:09  12 apologize.  I knew these people.  It's hard.  The names are in

11:13:16  13 my head, but I will not use their names.

11:13:18  14         But when he came back to my house where he was living

11:13:23  15 with me, I had to -- I don't know if you can count this as

11:13:30  16 false imprisonment or what, but he wanted to get out of the

11:13:33  17 house so he could get more drugs.  And I was worried that,

11:13:39  18 because of the state he was in and because of what had happened

11:13:42  19 the day before, that he was going to get shot, that somebody

11:13:48  20 was going to do something with him because he was so erratic.

11:13:52  21         So I prohibited him.  I told him he was not going

11:13:55  22 outside.  And he said he was going to commit suicide, that he

11:14:01  23 was going to jump off the balcony.  And I absolutely cared

11:14:05  24 about him and his life, and I had to take him and subdue him.

11:14:14  25 And I end up calling 9-1-1, I called my mom, and my stepdad,

11:14:18  1   because I -- I did care for his life.

11:14:25  2           And I know I wrote a letter.  I bypassed my lawyers

11:14:31  3   to write a letter where I talk about my crimes, and I believe

11:14:38  4   the government took the letter in the wrong way.  I know it was

11:14:45  5   strongly worded.  I was very emotional.  I do stand by what I

11:14:51  6   said, that my stepbrother had become -- he was -- he is a

11:14:59  7   victim.  That at the time he -- this was my adult

11:15:04  8   stepbrother -- he had crossed the line from victim to become a

11:15:11  9   coconspirator of mine.  And all I wanted to do was to come

11:15:17  10  clean and help the government.

11:15:18  11          I told my lawyer I have names, I have evidence.  I'm

11:15:25  12  willing to testify about what my stepbrother did and even about

11:15:30  13  what my husband did, and that I knew that there were these

11:15:41  14  three girls that I talked to who reported to me that they were

11:15:43  15  sexually assaulted.  I was trying to mitigate my -- my actions.

11:15:53  16          And I was in a very difficult situation with my

11:15:56  17  stepbrother.  He had made up with somebody else these rape

11:16:05  18  accusations and tried to blackmail me.  And he did this as a

11:16:09  19  coconspirator, and he did take videos of another person that I

11:16:17  20  had not done.  I did do many of these things, but brother

11:16:20  21  also -- my stepbrother had also participated.

11:16:25  22          But I don't wish him to go through what I'm going

11:16:29  23  through right here right now.  It's been very difficult.  My

11:16:39  24  stepbrother was very young.  He was 19 at the time.  He was

11:16:42  25  young and dumb.  And looking back, it's the same way with me.

11:16:46 1  I think he will be better off.  He needs help, and I need help,

11:16:57 2  too.  And I don't want to put any more strain on our family.

11:17:02 3  They have already been separated from me, and I wouldn't wish

11:17:06 4  that same thing happen to -- to my stepbrother.

11:17:09 5       I do know that there's a victim impact program in the

11:17:14 6  BOP.  I know there's a thing here in Texas, too.  I just want

11:17:20 7  to say that I, again, never intended to hurt you guys.  I

11:17:26 8  wanted to be friends with you, and I failed you.  I did these

11:17:34 9  things that were criminal, they were heinous.  At the time I

11:17:39 10 didn't see this.  I thought I was just a young man trying to

11:17:44 11 have fun, but I ended up being a broken man that just needed

11:17:48 12 help and needed affection.

11:17:51 13      Moving forward, I -- I don't know if it's appropriate

11:17:57 14 to say this, but to invite anybody who wants to communicate

11:18:02 15 with me and tell me your feelings to what happened -- I don't

11:18:09 16 know -- through the victim impact program to -- so I can help

11:18:15 17 you heal and you can tell me everything that I did wrong.

11:18:21 18 Because at the time I -- I was blindsided.  I was in a very

11:18:29 19 dark spot.

11:18:31 20      And I beg Your Honor that you please -- I understand

11:18:39 21 that the government has asked for the maximum sentence.  When

11:18:44 22 we came up with this plea agreement, my lawyer -- I have a

11:18:51 23 letter here from him where he stated, in order to get this plea

11:18:57 24 agreement done before there was even a provision, talking about

11:19:01 25 the guidelines, that they had to talk to every single victim

11:19:07 1 and their families. And they agreed overall that this

11:19:16 2 guideline was an appropriate one. So I understand the feelings

11:19:24 3 that they have, and I cannot apologize enough for what I did.

11:19:30 4 And I think my lawyer explained here that, overall,

11:19:39 5 this punishment will be enough. I will be losing half of my

11:19:46 6 life. And I ask you to please do not sentence me to death by

11:19:51 7 incarceration. That's what 80 years would mean to me. It

11:19:57 8 would put a bigger strain on my family, my brother, my stepdad.

11:20:05 9 And I really regret what I did, and I'm only here

11:20:10 10 today because of the insistence of my mom and friends and

11:20:15 11 husband. Because, if it wasn't for them, I would have already

11:20:18 12 killed myself in jail. And certainly this is a plan that is

11:20:23 13 still in my mind. I -- I think about it. And it's just -- I

11:20:30 14 have not been happy for the last 12 years that I've been here,

11:20:33 15 and I -- I can't see myself spending the rest of my life in

11:20:40 16 jail. I will -- something's going to happen. I'm not sure

11:20:50 17 what it is.

11:20:51 18 But I beg Your Honor that you please find it in your

11:20:56 19 heart to not give me the maximum sentence. I have had the

11:21:00 20 displeasure of reading multiple other cases from this district,

11:21:06 21 from many other ones involving many more victims who were

11:21:11 22 blackmailed, extorted, or even forcibly raped that received a

11:21:17 23 sentence equal to the guidelines that I have or even less than

11:21:24 24 that. And I think my lawyer, Mr. Gonzalez, pointed out a

11:21:27 25 couple of those.

11:21:29 1       So, again, I'm sorry.  I don't know if I can ever

11:21:35 2  help you recover.  I would like to try.  I am not a sociopath.

11:21:40 3  I am not the kind of person that tries to hurt other people.  I

11:21:44 4  never did those things with intention of hurting.  I do realize

11:21:49 5  how hurtful they are now, and I want to change.  I want to be

11:21:52 6  able to go through treatment.  I want to be able to take the

11:21:55 7  right medication.  I want to be able to become a positive,

11:21:59 8  productive member of society again.

11:22:02 9       Thank you, Your Honor.

11:22:04 10      THE COURT:  Thank you.

11:22:04 11      Mr. Gonzalez, do you have anything further before

11:22:07 12 sentence is pronounced?

11:22:08 13      MR. GONZALEZ-FALLA:  No, Your Honor.

11:22:10 14      THE COURT:  The court has read and reviewed the

11:22:13 15 presentence investigation report prepared by the probation

11:22:15 16 department in this case, and I accept and adopt that report.

11:22:20 17 And I find that the total offense level under the guidelines is

11:22:25 18 41, the correct criminal history category of this defendant is

11:22:29 19 one, and the correct guideline range is a term of incarceration

11:22:34 20 of 324 to 405 months.

11:22:39 21      But a word there:  The court is bound in this case,

11:22:47 22 like it is in all criminal cases, to impose a sentence that is

11:22:51 23 sufficient but not greater than necessary to comply with the

11:22:57 24 purposes that Congress has set forth in Title 18 of the

11:23:00 25 United States Code, Section 3553, in determining an appropriate

11:23:05  1  sentence.

11:23:07  2      One of the things under current law the court

11:23:10  3  considers is the types of sentences available to the courts.

11:23:16  4  Two of those types are the statutory sentence, which with

11:23:21  5  regard to Counts One and Two to which the defendant has been

11:23:25  6  found guilty, provide for a minimum sentence of 15 years and a

11:23:31  7  maximum of 30 years, and Count Three, a minimum sentence of

11:23:36  8  5 years to a maximum of 20 years.

11:23:42  9      What the guidelines are is an attempt of Congress and

11:23:45  10  the United States Sentencing Commission to take a broad range

11:23:48  11  that a statute provides for punishment and apply some objective

11:23:54  12  standards to it and come up with a sentence and focus the court

11:23:59  13  on a sentence that would come within that overall range.

11:24:05  14      So I have not only considered the statutory range of

11:24:08  15  punishment, but I have considered the guideline range.  And

11:24:15  16  this court starts always with the statutory range; I don't

11:24:19  17  start with the guideline range.  I look at the statutory range,

11:24:24  18  and then I consider the guideline range as one of the factors

11:24:32  19  that I can consider under Title 18, Section 3553, which assures

11:24:38  20  that the courts are to consider all sentences available in this

11:24:46  21  case.  So I have done that.

11:24:51  22      I also have carefully reviewed -- I indicated that I

11:24:57  23  have read and reviewed the presentence investigation report,

11:24:59  24  but I have gone over it with a fine-tooth comb.  It is a

11:25:05  25  detailed analysis of what is involved in this case.

11:25:12  1    I've also read the charging instruments in this case.

11:25:19  2  As I said, the defendant pleaded guilty to three counts that

11:25:24  3  were charged in a second superseding indictment -- pardon me --

11:25:30  4  a second superseding information.  That was returned well after

11:25:36  5  the original indictment in this case and after discussions

11:25:40  6  between the defense and the government over a period of time.

11:25:44  7  But I have read the preceding charging instruments, going back

11:25:48  8  to the indictment that originally charged this defendant with

11:25:57  9  52 counts.

11:25:59  10    So I do point out that by allowing this defendant to

11:26:01  11  plead to three of those counts out of 52, he has been given a

11:26:09  12  large break on what the statutory maximum would have been and

11:26:15  13  what he was facing when he was first arrested in this case.

11:26:22  14    I have further carefully reviewed the plea agreement

11:26:25  15  in this case entered into between the government and the

11:26:28  16  defendant, and I want to raise a question to everyone here.

11:26:36  17  The plea agreement with regard to victim restitution, and

11:26:44  18  victim restitution is made mandatory under the *Paroline* case,

11:26:53  19  but in -- on page 8 of that plea agreement under Defendant's

11:26:56  20  financial obligations, paragraph E discusses restitution.  And

11:27:04  21  it says:  The defendant agrees to and will be ordered to pay

11:27:07  22  restitution in the amount of $3,000 to each victim associated

11:27:11  23  with the original indictment who may be identified and request

11:27:16  24  restitution prior to sentencing.

11:27:20  25    Now, I have received recently -- and I presume that

| | | |
|---|---|---|
| 11:27:26 | 1 | the other -- that the defendant and the government, at least |
| 11:27:30 | 2 | their lawyers, have received information about two of the |
| 11:27:36 | 3 | victims that have requested restitution, one in the amount of |
| 11:27:43 | 4 | $167,082.67 and one in the amount of $193,581.02. So my |
| 11:27:53 | 5 | question is: Other than those requests, have there been any |
| 11:27:59 | 6 | other requests for restitution known to the government? |
| 11:28:04 | 7 | MR. SRINIVASAN: No, Your Honor. I would just note |
| 11:28:06 | 8 | that in some of the victim impact statements, the victims do |
| 11:28:09 | 9 | note dollar figures on what they have incurred as part of, you |
| 11:28:13 | 10 | know, the response to what has happened. But in terms of |
| 11:28:16 | 11 | formal restitution requests, those are the two that we have. |
| 11:28:20 | 12 | THE COURT: Well, what is the government's position |
| 11:28:21 | 13 | on restitution? Because that becomes a sticky issue in these |
| 11:28:25 | 14 | cases, and it is something that I like to get resolved before |
| 11:28:29 | 15 | we spent half a day in a sentencing hearing like we have today. |
| 11:28:35 | 16 | So do you consider those restitution requests, or do you not |
| 11:28:41 | 17 | consider those restitution requests? |
| 11:28:42 | 18 | I have not received much guidance from either the |
| 11:28:46 | 19 | government or the defendant on what would be appropriate |
| 11:28:50 | 20 | restitution in this case. And the way I read the case law, I |
| 11:28:54 | 21 | am obligated to impose restitution. |
| 11:29:01 | 22 | MR. SRINIVASAN: What -- |
| 11:29:01 | 23 | THE COURT: But it doesn't -- the cases are very |
| 11:29:05 | 24 | vague on what that restitution involves. But I like, when I'm |
| 11:29:09 | 25 | doing a sentencing hearing, to finish everything up. So are |

```
11:29:14   1   you asking for restitution and some amount other than the two

11:29:18   2   formal requests I have, or are you not?

11:29:20   3              MR. SRINIVASAN:  No, Your Honor.  Those are the two

11:29:22   4   formal requests we have that I think would satisfy the *Paroline*

11:29:24   5   factors.  The Court could -- and 3664 does allow this -- impose

11:29:28   6   all the elements of sentence except restitution today.  I

11:29:31   7   understand the Court's preference.  I'm just saying the law

11:29:32   8   does allow for an additional period where victims could make

11:29:36   9   claims.  But I understand what the Court is saying.

11:29:38  10              THE COURT:  Were all of the victims known to the

11:29:40  11   government given the opportunity to make a claim, and were they

11:29:44  12   told about this, to your knowledge?

11:29:45  13              MR. SRINIVASAN:  To my knowledge, yes.

11:29:47  14              THE COURT:  All right.  Has the probation office

11:29:50  15   received any claims other than the two I have just recited that

11:29:53  16   have come forward to me?

11:29:55  17              PROBATION OFFICER:  No, Your Honor.  Those are the

11:29:56  18   only two that we presented to both parties and the Court.

11:29:59  19              THE COURT:  And, Mr. Gonzalez, on behalf of the

11:30:04  20   defendant, do you take issue with those claims, and do you

11:30:10  21   desire to offer any further evidence or in any way argue

11:30:15  22   against those restitutions?

11:30:16  23              MR. GONZALEZ-FALLA:  No, Your Honor.  I told the

11:30:17  24   government yesterday we have no objection to the Court awarding

11:30:20  25   the restitutions that are being requested by the victims.
```

| | |
|---|---|
| 11:30:24 | 1 |

THE COURT:  All right.  Now, I've also considered and carefully read the -- I believe the last count was ten victim impact statements that came my way, some of them by the same people who spoke in this proceeding today.  I also received nine support letters on behalf of the defendant which I have carefully reviewed.

I received a sentencing memorandum by the government which, as we have discussed here, the government requests that the court sentence this defendant to the statutory maximum of 960 months in this case.  I have further carefully reviewed the defendant's sentencing memorandum and all of the attached documents.  I particularly paid careful attention the case review and evaluation by Elizabeth J. Griffin and David Delmonico that was attached to that, as well as all other letters and information attached to their sentencing memorandum, as well as the attachments to the government's sentencing memorandum.

Additionally, today I have had the benefit of the statements of six victims or parents of victims, but at least six oral statements here today by victims.  And I have heard what the defendant's mother has said here in support of him as well as what the defendant himself has told the court today and the arguments of the lawyers.

I have taken all of this information I have just recited into account in determining what I think would be, in

11:32:14  1  fact, a sentence that is sufficient but not greater than

11:32:19  2  necessary to comply with Congress's purposes as set forth in

11:32:25  3  the statute that I have recited.

11:32:30  4          In the federal system the judge is charged with

11:32:36  5  sentencing in every case.  In the state system the jury, more

11:32:40  6  often than not, assesses sentence, but in the federal system it

11:32:44  7  comes down to the court.  Often, the court is submitted with

11:32:50  8  varying theories, varying analyses, and any number of matters

11:32:57  9  that the court must consider.  The people who have been present

11:33:01  10  here in this courtroom today have heard a lot about that and

11:33:04  11  know what's out there.

11:33:06  12          The defendant has been very well represented by

11:33:10  13  counsel in this case, who has argued that the sentence sought

11:33:16  14  by the government is an emotional sentence.  The defendant,

11:33:23  15  though, has recognized the situation that he is in by being

11:33:31  16  convicted of these crimes and suggests a within-guideline

11:33:35  17  sentence of 324 months, or 27 years.

11:33:40  18          Twenty-seven years is a substantial sentence that the

11:33:46  19  defendant recognizes in this case.  Eighty years, which is what

11:33:49  20  the government requests, is a substantial sentence.  That's

11:33:56  21  what the statute would provide.  It would have provided for

11:34:02  22  much more than that had the defendant, as I noted, not be

11:34:06  23  allowed to plead to but three counts in this case.

11:34:10  24          So, with all that in front of the court and with the

11:34:15  25  wealth of information the court has received in this case from

11:34:21 1  all of the parties and as recited to me, it now comes down to

11:34:27 2  me to make a final decision in this case.

11:34:35 3       I have considered all of the factors in Title 18,

11:34:38 4  Section 3553. I have mentioned one of them earlier regarding

11:34:43 5  the types of sentences. But other things I must consider are

11:34:47 6  the seriousness of the offense. I find that this offense is of

11:34:56 7  such that there are very few offenses that have come before

11:35:01 8  this court in the past or will come before this court in the

11:35:04 9  future that are more serious than this.

11:35:07 10      It was ongoing. I will say, after listening and

11:35:11 11 reading everything that I have done in this case, that I

11:35:20 12 believe the defendant, although he may not have seen his

11:35:28 13 actions as wrong, I believe that he clearly knew they were

11:35:31 14 wrong. When I have reviewed the entire history of this case

11:35:36 15 and the nature and circumstances of the offense and the history

11:35:40 16 and characteristics of the defendant, many of which he outlined

11:35:44 17 here today, and taken into account the ages of the young people

11:35:49 18 involved, it is very clear to me that, although this defendant

11:35:54 19 has a background that undoubtedly contributed to what he had in

11:36:00 20 his mind, that he knew this was wrong.

11:36:05 21      We deal with the crime in this court in assessing

11:36:10 22 what is a sentence that is sufficient but not greater than

11:36:13 23 necessary to punish the defendant, but we take into account the

11:36:21 24 subjective matters also, such as the defendant's background --

11:36:25 25 some of that is objective; some of it's subjective -- and the

accounts and statements by experts in this case who may -- or in any case who may have examined the defendant, which is why I looked so carefully at the report I mentioned by Ms. Griffin and Mr. Delmonico.

When you sort all of this out, you have two sides arguing what the court should place the most attention on here. I believe, from everything I've learned and know about this case, that there should have been earlier intervention by law enforcement in this case, when the questions were first raised earlier. There were not.

It is clear to this court that this defendant, for whatever reason, enticed his victims. He made friends with his victims. He earned their trust, and then he acted the way he acted. I think the statement that he, to some extent, was extorted by his victims is overstating.

I have also taken strong account into -- or strong consideration into the factor that the court must assert sentence that would promote respect for the law, to provide just punishment for the offense, to avoid adequate deterrence to criminal conduct by not only this defendant, but others, and to provide the public from further crimes of this defendant. I have also considered each and every of the other factors of Title 18, Section 3553, but what I've just stated are the ones that I have paid most attention to.

It is clear from the facts before me that, in

11:38:40 1 addition to the personal interaction by this defendant with his

11:38:43 2 victims, he did distribute videos. He did go beyond any

11:38:51 3 reasonable guidelines of human interaction, and his crimes are

11:38:57 4 particularly egregious.

11:38:59 5 Having said that, I have also reviewed the mitigating

11:39:02 6 factors in Section 3661. I also note, Mr. Hida, I think as

11:39:13 7 you've seen here today, your actions affected people beyond you

11:39:18 8 and your victims. It is not an overstatement to say that you

11:39:23 9 have not only ruined your victims' lives, you have ruined your

11:39:28 10 own life and your family's life as well. I could not help but

11:39:33 11 think that as I heard your mother speak today.

11:39:39 12 Therefore, when I take everything into account --

11:39:42 13 and, again, I come back to I have to impose a sentence that is

11:39:47 14 sufficient but not greater than necessary to comply with

11:39:51 15 Title 18 -- I find that a guideline sentence, as has been

11:40:01 16 requested by the defendant is low in here; that this is a case

11:40:06 17 where the court must exercise its discretion under Title 18 of

11:40:13 18 the United States Code, Section 3553, which I will do, and

11:40:19 19 assess a sentence outside the guidelines.

11:40:24 20 I think that the sentence that I have determined to

11:40:26 21 impose after hearing all I've heard and reading all I've heard,

11:40:33 22 which I have recited, is a sentence tailored to meet the facts

11:40:36 23 and circumstances of this defendant's background and the

11:40:39 24 offense for which he has been convicted; that this sentence

11:40:42 25 adequately accounts for all of the factors in Title 18 of the

11:40:46  1  United States Code, Section 3553, all of which I have carefully

11:40:52  2  considered but only some of which I have specifically mentioned

11:40:57  3  here today as opposed to going through them by rote; and that

11:41:02  4  this sentence is in fact a reasonable sentence to impose in

11:41:05  5  this case, taking into account all of those factors.

11:41:10  6       Therefore, pursuant to the Sentencing Reform Act of

11:41:12  7  1984, it is the judgment of this court that you, Luann Fabric

11:41:20  8  Campos Leao Hida, is hereby committed to the custody of the

11:41:23  9  Bureau of Prisons for a term of 720 months, consisting of 360

11:41:28  10  months on each of Counts One and Two to run consecutively, and

11:41:32  11  240 months on Count Three to run concurrently with the sentence

11:41:41  12  imposed on Counts One and Two, for a total sentence of 720

11:41:44  13  months.

11:41:46  14       A review of the presentence investigation report and

11:41:50  15  what has been said here today indicates that there are a number

11:41:56  16  of pending state charges in both Travis and Hays Counties, one

11:42:02  17  of which the probation department has indicated is probably a

11:42:08  18  direct relation to this case, the others are not.

11:42:13  19       This court will make no recommendation to any state

11:42:17  20  authority or any county as to whether those counties want to

11:42:23  21  prosecute their cases or not.  So, therefore, it is the court's

11:42:29  22  intention that the sentence that I have just imposed will run

11:42:31  23  consecutive to any sentence imposed by any state authorities.

11:42:37  24       Upon release from imprisonment, the defendant will be

11:42:43  25  placed on supervised release for a term of 10 years, consisting

| | |
|---|---|
| 11:42:45 | 1 |
| 11:42:49 | 2 |

1  of 10 years on each of Counts One, Two and Three, to be served

2  concurrently.

3          Within 72 hours of release from the custody of the

4  Bureau of Prisons, the defendant shall report in person to the

5  probation office in the district to which he is released.

6          While on supervised release, the defendant shall not

7  commit another federal, state, or local crime, and shall comply

8  with the mandatory and standard conditions adopted by this

9  court on November 28th, 2016 which include, in part:

10          If the defendant is excluded, deported, or removed

11  upon release from imprisonment, the term of supervision shall

12  be nonreporting supervised release.  The defendant shall not

13  illegally reenter the United States.  If the defendant lawfully

14  reenters the United States during the term of supervised

15  release, he shall report immediately in person to the nearest

16  United States probation office.

17          It is further ordered that the defendant shall make

18  restitution to the following victims in the following amounts

19  for a total of $360,663.69:

20          To the legal guardian of the Victim W.E.,

21  $167,082.67;

22          To the legal guardian of Victim P.C.F., the sum of

23  $193,581.02.

24          If the defendant is not now able to pay this

25  indebtedness, he shall cooperate fully with the Office of the

11:44:18  1  United States Attorney, the Bureau of Prisons, and the United

11:44:21  2  States Probation Office to make payment in full as soon as

11:44:25  3  possible, including during any period of incarceration.

11:44:31  4       Any unpaid balance at the commencement of a term of

11:44:34  5  supervised release shall be paid on a schedule of monthly

11:44:36  6  installments to be established by the United States Probation

11:44:40  7  Office and approved by the court.

11:44:45  8       The court finds that the defendant does not have the

11:44:48  9  ability to pay interest, and I will waive the interest

11:44:49  10  requirement on all monetary amounts assessed in the case,

11:44:53  11  including restitution and special mandatory assessments.

11:44:57  12       I find that the defendant does not have the ability

11:44:59  13  to pay a fine, and I will waive the fine in this case.

11:45:08  14       I find that the defendant is indigent, and I will not

11:45:10  15  assess a special assessment under the Justice For Victims of

11:45:15  16  Trafficking Act.

11:45:16  17       And I find that under the -- that the Amy, Vicky, and

11:45:20  18  Andy Child Pornography Victim Assistance Act of 2018 is not

11:45:25  19  applicable in this case, as these crimes occurred before the

11:45:30  20  effective date of that act.

11:45:32  21       It is further ordered that the defendant shall pay to

11:45:34  22  the United States a special mandatory assessment of $100 for

11:45:39  23  each count of conviction for a total special assessment of

11:45:45  24  $300, which shall be due immediately.

11:45:47  25       Since the defendant is currently in custody,

11:45:51 1 voluntary surrender is not an issue.

11:45:54 2 At this time I am handing to the clerk of this court

11:45:56 3 the presentence investigation report prepared by the probation

11:45:59 4 department in this case and to which we have referred during

11:46:03 5 this proceeding. I'm ordering that that report be sealed.

11:46:11 6 That means that no one may come to the district clerk's office,

11:46:13 7 Mr. Hida, and read about you or any member of your family or

11:46:16 8 any of the facts and circumstances surrounding your conviction

11:46:20 9 and sentencing today which may be contained in that report.

11:46:23 10 However, I wish to advise you that if there is an

11:46:26 11 appeal from the sentence that I have just imposed, both you and

11:46:28 12 the government may use your copies of the presentence

11:46:31 13 investigation report for purposes of appeal, and in that event

11:46:34 14 the presentence investigation report will become part of the

11:46:35 15 record on appeal.

11:46:36 16 Do you understand that?

11:46:42 17 THE DEFENDANT: Yes.

11:46:44 18 THE COURT: Pursuant to the terms of your plea

11:46:46 19 agreement, you have waived your right to appeal the sentence

11:46:48 20 that I have just imposed except under certain circumstances set

11:46:54 21 forth in that agreement. In a moment I will be passing to you

11:46:57 22 and your lawyer letters that more fully explain that to you.

11:47:00 23 However, I wish to advise you at this time that if

11:47:03 24 for any reason you desire to appeal the sentence that I have

11:47:06 25 just imposed, or if for any reason you feel you have a right to

11:47:09 1 appeal that sentence, you may only do so if you first file with

11:47:13 2 the clerk of this court within 14 days a written Notice of

11:47:17 3 Appeal.  That's a written document called a "Notice of Appeal."

11:47:20 4     If you do not file such a written Notice of Appeal

11:47:23 5 with the clerk of this court within 14 days, you can never

11:47:27 6 appeal the sentence that I have just imposed and you will

11:47:30 7 forever waive your right to appeal that sentence.

11:47:32 8     Do you understand that?

11:47:33 9     THE DEFENDANT:  Yes.

11:47:35 10     THE COURT:  Then at this time I am passing letters to

11:47:38 11 that effect to you and your attorney.

11:47:40 12     Is there anything further to come before the court in

11:47:43 13 this case at this time?

11:47:45 14     MR. SRINIVASAN:  Your Honor, pursuant to the plea

11:47:47 15 agreement, the government moves to dismiss the pending charges

11:47:49 16 in the original indictment and the first superseding

11:47:52 17 information.

11:47:52 18     THE COURT:  The motion of the government is granted.

11:47:55 19     Mr. Hida, what that means is there are no further

11:47:57 20 pending criminal charges against you arising out of the

11:48:04 21 original indictment in this case.

11:48:06 22     Anything further from the defense?

11:48:08 23     MR. GONZALEZ-FALLA:  Your Honor, we would request

11:48:09 24 that the Court recommend that Mr. Hida be placed at the

11:48:12 25 United States Penitentiary at Coleman.  It is a high-security

11:48:16  1  U.S. Penitentiary.  It's II -- Roman Numeral II along side

11:48:22  2  that.  It is in Florida, so it would allow for family

11:48:25  3  visitation because they're currently living in Florida.

11:48:28  4        So it's USP Coleman II for the record, Your Honor.

11:48:32  5        THE COURT:  It is the recommendation of this court to

11:48:34  6  the Bureau of Prisons that he be placed in the facility at

11:48:39  7  Coleman in Florida.  As everybody needs to know, however, my

11:48:43  8  recommendations are recommendations only, not guarantees.  The

11:48:46  9  Bureau will do its own evaluation of the defendant and must

11:48:50  10  take into account its population constraints.  But that will in

11:48:54  11  fact be my recommendation to the Bureau of Prisons.

11:48:56  12        MR. GONZALEZ-FALLA:  Thank you, Your Honor.

11:48:57  13        THE COURT:  Anything further for the defense?

11:48:59  14        MR. GONZALEZ-FALLA:  No, Your Honor.

11:49:00  15        THE COURT:  Anything further from the government?

11:49:01  16        MR. SRINIVASAN:  No, Your Honor.

11:49:02  17        THE COURT:  At this time the court dismisses any

11:49:04  18  pending motions on which the court has not ruled.

11:49:07  19        You are excused.  Good luck to you, Mr. Hida.

11:49:10  20     (End of transcript)

21

22

23

24

25

1  **UNITED STATES DISTRICT COURT        )**

2  **WESTERN DISTRICT OF TEXAS          )**

3       I, Arlinda Rodriguez, Official Court Reporter, United

4  States District Court, Western District of Texas, do certify

5  that the foregoing is a correct transcript from the record of

6  proceedings in the above-entitled matter.

7       I certify that the transcript fees and format comply with

8  those prescribed by the Court and Judicial Conference of the

9  United States.

10      WITNESS MY OFFICIAL HAND this the 12th day of

11 January 2022.

12

13                              /S/ Arlinda Rodriguez
                                Arlinda Rodriguez, Texas CSR 7753
14                              Expiration Date:  10/31/2023
                                Official Court Reporter
15                              United States District Court
                                Austin Division
16                              501 West 5th Street, Suite 4152
                                Austin, Texas 78701
17                              (512) 391-8791

18

19

20

21

22

23

24

25

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)